**DHL Global Forwarding Network**

# AGENTS

30.05.2011                                                                                         1 (20)

Pages 1-16 DHL Global Forwarding Network, pages 17-19 Joint Ventures / Agents

**Angola* Luanda**
DHL Global Forwarding (Angola)
Comersio E Transitario LDA
Rua Kwamme Nkrumah 274/276
Luanda Republica de Angola
Tel. +2442 395180 ex 229
Fax +2442 335281

**Argentina * Buenos Aires**
DHL Global Forwarding (Argentina)
S.A.
Bernardo de Irigoyen 308
1st & 4th floor
C1072AAH Buenos Aires
Tel. +54-11-4344 4000
Fax +54-11-4343 8805

**Australia * Brisbane**
DHL Global Forwarding (Australia) Pty Ltd
Unit 1, 663 Kingsford Smith Drive
Eagle Farm, Qld 4009
Hamilton Qld 4007
Tel. +61-7-3866 6800
Fax +61-7-3866 6850

**Australia * Hobart**
DHL Global Forwarding (Australia) Pty Ltd
Suite 4A, Level 3
The Galleria
33 Salamanca Place
Hobart 7000
Tel: +61 3 62339200
Fax: +61 3 62339222

**Australia * Melbourne**
DHL Global Forwarding (Australia) PTY Ltd
96-106 Link Road
Melbourne Airport
VIC 3045
Australia
Tel: +61 3 9344 8888
Fax: +61 3 9344 8988

**Australia * Perth**
DHL Global Forwarding (Australia) Pty Ltd
Cnr. Horrie Miller Drive and Fricker Road, Perth International Airport
Newburn, Western Australia 6104
Tel. +61-8-9270 1900
Fax +61-8-9270 1999

**Australia * Sydney**
DHL Global Forwarding (Australia) Pty Ltd
23 O'Riordan St Alexandria
New South Wales 2015

Tel. +61-2-9333 0000
Fax +61-2-9333 0118

**Austria * Graz**
DHL Global Forwarding
DHL Logistics (Austria) GmbH
Flughafen Graz
8073 Feldkirchen, Austria
Tel. +43-316 293127
Fax +43-316 292806

**Austria * Vienna**
DHL Global Fotwarding
DHL Logistics (Austria) GmbH
Air Cargo Center Objekt 250
1300 Vienna Airport, Austria
Tel. +43-(0) 50345 2853
Fax +43-(0) 50345 2995

**Bahrain * Bahrain**
Danzas Bahrain W.L.L.
Gulf Warehousing Distribution Centre II
Shop / Store 2
Gate 415
Road 4308
Area 343
Mina Salman Industrial Area
Kingdom of Bahrain
Tel. +973 17  728151
Fax +973 17  728187

**Belgium * Antwerpen (OFR)**
DHL Global Forwarding (Belgium)
NV/SA
Antwerpsebaan 56
B-2040 Antwerpen, Belgium
Tel. 32-3-5610300
Fax 32-3-5610339

**Belgium * Brussels (AFR)**
DHL Global Forwarding (Belgium)
NV/SA
Building 720
B-1931 Brucargo, Belgium
Tel. +32-2-752 0251
Fax +32-2-751 9383

**Botswana * Gaborone**
DHL International Botswana (PTY)Ltd
Plot 20610 Western Bypass
Broadhurst Industrial
Gaborone - Botswana
Tel. +267 391 2000
Fax  +267 391 6991

**Brazil * Belo Horizonte**
DHL Global Forwarding
Rua Jaceru 151
Sao Paolo
Brazil

Tel. +55 31 3261 6231
Fax. +55 31 3286-5556

**Brazil * São Paulo**
DHL Logistics (Brazil) Ltda
R. Jaceru, 151 –1/2 Floors
04705-000 São Paulo, SP
Tel. +55-11-5042 5500
Fax +55-11-5042 5501

**Brazil * Campinas**
DHL Logistics (Brazil) Ltda
Av Moraes Salles 711
120. Andar - Centro
13010-001 Campinas SP, Brasil
Tel. +55-19-3731 5500
Fax +55-19-3237 4047

**Brazil * Curitiba**
DHL Logistics (Brazil) Ltda
Rua Carneiro de Lobo
468 - Suite 302
80240-240, Curitiba PR
Tel. +55-41-3312 5200
Fax +55-41-3244 2141

**Brazil * Manaus**
DHL Logistics (Brazil) Ltda
Rua rio Madeira, 68-Sala 14, 30 Piso-N.S. das Gracas, Rio Madeira Center
69053-030, Manaus AM, Brazil
Tel. +55-92-2121 7900
Fax +55-92-3234 4842

**Brazil * Recife**
DHL Logistics (Brazil) Ltda
Rua Da Matriz, S/N Parte 15
54530-00 Cabo de Santo Agostinho
Tel. +55-81-3522 8200
Fax +55-81-3522 8238

**Brazil * Rio de Janeiro**
DHL Logistics (Brazil) Ltda
Rua Barâo de tefe 7, Sala 501, Edificio Leâo I
20220-460 Centro , Rio de Janeiro
Tel. +55-21-3543 2800
Fax +55-21-21027212

**Brazil * Santos**
DHL Logistics (Brazil) Ltda
Rua XV de Novembro, 119
Centro - Santos, SP - CEP 11010-151
Tel. + 55 13 3213-2000
Fax   + 55 13 3213-2001

**Bulgaria * Sofia (AFR)**
DHL Express Bulgaria EOOD
DHL Global Forwarding
Sofia Airport, Eastern Tangent St.

# Exhibit A

...



# DHL Global Forwarding

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

BG-1528 Sofia, Bulgaria
Tel. +359 2/971 41 45
Fax +359 2/970 80 20

**Burkina Faso * Ouagadougou**
DHL International Burkina-Faso S.A.R.L.
Ave de la Resistance de 17 Mai
01 BP 3095 Immebule CGP
OUAGADOUGOU 01
Tel : (226) 311947
Fax (226) 310590

**Cambodia * Phnom Penh**
DHL Logistics (Cambondia) Ltd.
Regency Complex A, 1st Floor,
No.8A/298, Mao Tse Toung Blvd (St.245),
Sangkat Tomnoubteouk, Khan Chamkamon,
Phnom Penh,
Kingdom of Cambodia
Tel: +855 23 885968/9
Fax: +855 23 885967

**Cameroon * Douala**
DHL Global Forwarding Cameroun S.A.
22, Rue Pierre Loti
B.P. 625 Douala
Cameroun
Tel: +237 33 42 38 72 / 33 42 38 74 / 33 42 38 76
Fax: +237 33 42 38 40 / 33 42 38 54

**Canada * Calgary**
DHL Global Forwarding
Bay M, 908-53rd Avenue N.E.
Calgary, Alberta T2E 6N9
Tel. +1-403-516 1900
Fax +1-403-516 1904

**Canada * Edmonton**
DHL Global Forwarding (Canada) Inc
Bay B, 2322 - 5th Street
Nisku AB T9E 7W9
Canada
Tel: +1 (780) 979-0001
Fax: +1 (780) 979-0002

**Canada * Fort Erie**
DHL Global Forwarding
61 Queen Street
Fort Erie, Ontario L2A 1T7
Tel. +1-905-871 2222
Fax +1-905-871 1400

**Canada * Montreal**
DHL Global Forwarding
555 Montee-De-Liesse
St-Laurent Québec H4T 1P5
Tel. +1-514-734 4542
Fax +1-514-344 3638

**Canada * Mississauga**
DHL Global Forwarding
100 World Drive
Missisauga, Ont. L5T 342
Tel (905) 405-9300
Fax (905) 405-9301

**Canada * Ottawa**
DHL Global Forwarding
210 Colonnade Road, Unit 9, Nepan,
Ontario K2E 7L5
Tel. +1-613-224 4839
Fax  +1-613-224 6091

**Canada * Sarnia**
DHL Global Forwarding (Canada) Inc.
555 Venetian blvd, Room 310
Point Edward,
Ontario
N7T 0A9
Canada
Tel. +1-519-336 4194
Fax +1-519-336 5331

**Canada * Toronto**
DHL Global Forwarding
6575 Davand Drive
Mississauga, Ontario L5T 2M3
Tel. +1-905-564 0464
Fax +1-905-564 5312 (Air Freight)
       +1-905-564 6201 (Ocean Freight)

**Canada * Vancouver**
DHL Global Forwarding
#230-13091 Vanier Place Richmond,
British Columbia V6V 2J1
Tel. +1-604-207 8100
Fax +1-604-207 8101

**Canada * Windsor**
DHL Global Forwarding
4230 Industrial Road STE D
Windsor
Ontario N9C 3R8
Tel. +1-519-972 1994
Fax +1-519-972 5614

**Chile * Santiago  de Chile**
DHL Global Forwarding (Chile)S.A.
Calle Roger de Flor 2736
Oficina 11 y 21
Las Condes, Santiago de Chile
Tel. +56-2-4737100
Fax +56-2-4370500

**China * Beijing**
DHL Global Forwarding (China) Co.,
Ltd. BeiJing Branch
Room 2201, Tower A, Eagle Run Plaza,
No.26 Xiaoyun Road,
Chaoyang District,
Beijing, 100125 P.R.China

Tel: 86 10 8458 2233
Fax: 86 10 8458 2388

**China * Beijing  (Air Freight)**
DHL Global Forwarding (China) Co.,
Ltd. BeiJing Branch
Rm.301 Hong Yuan Logistics Center A
No.1 FuQianEr Street, Tian Zhu Town,
Shun Yi District,
101312 Beijing, P. R. China.
TEL: +86 10 6453 3588 / 3688
FAX: +86 10 6457 1553

**China * ChangChun**
DHL Global Forwarding (China) Co.,
Ltd. ChangChun Branch
Room 1105, Tower A, Zhong Yin Building
No. 727 Xian Da Lu, Chao Yang District
130061, Changchun, P.R.China
Tel: (86-431) 88927762
Fax: (86-431) 88927795

**China*Changsha**
DHL Global Forwarding (China) Co.,
Ltd. ChangSha Branch
Room 1106, Cyber Times,
No.456 Wu Yi Road
Changsha, Hunan
410011 P.R.China
Tel: +86-731-84585531
Fax: +86-731-84585534

**China * Chengdu**
DHL Global Forwarding (China) Co.,
Ltd. ChengDu Branch
4/F, Building C6
No. 81 Tuoxin Street, Tianfu Software Park
Chengdu 610041
P.R.China
Tel. +86-(28)8667 6860
Fax +86-(28)8667 0303

**China * ChongQing**
DHL Global Forwarding (China) Co.,
Ltd. ChongQing Branch
Room 9-1 & 9-2, 19f Zhongxin Mansion
No 1 Jianxin South Road, Jiangbei District
Chongqing, 400020 P.R.China
TEL: +86 23 8816 0907
FAX: +86 23 6739 8323

**China * Dalian**
DHL Global Forwarding (China) Co.,
Ltd. Dalian Branch
Room 2110 Ping An Building
No 24 Renmin Road



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents                                                                                 3 (20)

---

Dalian, 116001, P.R.China
Tel: +86 411 8253 6706 / 6727
Fax: +86 411 8680 2772 Ext 34

**China + Dongguan**
DHL Global Forwarding (China) Co., Ltd.  DongGuan Branch
Room 505&503 Hua Kai Tower, Sheng He Road,
Nancheng Area,
Dongguan, 523071,
GuangDong Province,
P.R. China
Tel:  +86 (769) 88994722
Fax: +86 (769) 88994720

**China Foshan**
DHL Global Forwarding (China) Co., Ltd.   FoShan Branch
Room 1007, ChuangYe Plaza, No. 215 FenJiangZhong Road,
Foshan, 528000,
GuangDong Province,
P.R. China
Tel: +86 (755) 8312 2028
Fax: +86 (757) 8312 2048

**China + Fuzhou**
DHL Global Forwarding (China) Co., Ltd. FuZhou Branch
Unit 02, Building B, 8/F, Worldwide Plaza
No.158 WuSi Road,
Fuzhou 350003
Tel (Ocean):0591 88014293
Fax (Ocean):0591 88014298
Tel (Air):0591 88014292
Fax (Air):0591 88014292

**China * Guangdong**
DHL Global Forwarding
Danzas Z.F. Freight Agency Co., Ltd.  – ZIS DHL Danzas Air & Ocean - Zhongshan Branch
No.22 Ground Floor, QiJiangYuan YueLaiNan, ShiQi, Zhongshan,
Guangdong 528400, P.R.China
Tel.     +86 760 8927326
Fax    +86 760 8815501

**China * Guangzhou**
DHL Global Forwarding (China) Co., Ltd.  Guangzhou Branch
Room 2503-2507, Teem Tower
208 Tianhe Road, Tian he District
Guangzhou, 510620
GuangDong Province,
P.R. China
Tel: +86 (20) 3810 9800
Fax: +86(20) 3810 9943

**China * Hangzhou**
DHL Global Forwarding
Danzas Z.F Freight Agency Co. Ltd. Hangzhou Branch
Room 804, 8062, Building C
HuangLong Centry Plaza
No.1 Hangda Road
310007, Hangzhou
Tel. +86-571 8738 1888
Fax +86-571 8738 1889

**China * Harbin**
DHL Global Forwarding (China) Co., Ltd. Harbin Branch
Room 612, Poly Technologies Plaza
No 93, Zhongshan Road
150036, Harbin, P.R.China
Tel: 0086 451 82393022
Fax: 0086 451 82393084

**China * HeFei**
DHL Global Forwarding (China) Co., Ltd. HeFei Branch
Room 901, Building A, Fortune Plaza
No. 278 Suixi Road
Hefei 230041, P.R.China
Tel: (86-551) 566 6228, 566 6276, 566 6277, 566 6278
Fax: (86-551) 566 6248

**China * HuiZhou**
DHL Global Forwarding (China) Co., Ltd. Huizhou Branch
Room 2102, Dewei Building
Yunshan West Road # 4, Hui Cheng District, Huizhou
Guangdong 516003 P.R.China
Tel: +86 752 7838338
Fax: +86 752 2535569

**China * JiNan**
DHL Global Forwarding (China) Co., Ltd. JiNan Branch
Room 29d, Jin Long Center Plaza,
No. 229 Louyuan Road.
250012, Jinan, P.R.China
Tel: +86 531 5556 8909
Fax: +86 531 5556 8908

**China Kunming**
DHL Global Forwarding (China) Co., Ltd. KunMing Branch
3Floor, No. 998 North of Haiyuan Road
Kunming 650106,
Yunnan
People's Republic of China.
Tel: 0871 - 355 2618/19,
       357 0931, 352 6767
Fax: 0871 - 355 3700

**China * LianYunGang**

DHL Global Forwarding (China) Co., Ltd. LianYunGang Branch
No.21 , YuanQian Road
11/F ZhongHua Logistics Building
222042, LianYunGang, P.R.China
Tel : (86-518) 8232 – 4170
Fax : (86-518) 8223 - 9968

**China * Nanjing**
DHL Global Forwarding
Danzas Z.F. Freight Agency Co Ltd
Room 1213 Dong Lian Building
No.45 Zhong Shan North Road
210008 Nanjing
Tel. +025-83311 123
Fax +025-83311 283

**China * Nanchang**
DHL Global Forwarding (China) Co., Ltd. NanChang Branch
Room 2610, Building 16B,
Hengmao International Central Mansion
No. 205 South Plaza Road
Nanchang, Jiangxi

**China * NanNing**
DHL Global Forwarding (China) Co., Ltd. NanNing Branch
Unit 820, Jin Yuan Cbd Plaza,
No.63 Jinhu Road,
Nanning, 530022 P.R.China
Tel +86 (771) 2368 351
Fax +86 (771) 2368 360

**China * Ningbo**
DHL Global Forwarding (China) Co., Ltd. NingBo Branch
7/F, Building A, Pacific Plaza,
No.555 Jingjia Road ,
NingBo, P.R.CHINA 315040
Tel +574 27700600
Fax +574 27909970

**China * Qingdao**
DHL Global Forwarding (China) Co., Ltd. QingDao Branch
17F, Flagship Mansion, Sunny World
 No 40 Hongkong Middle Road
Qingdao 266071
P.R. China
Tel. +86-532-5718 081
Fax +86-532-5718 504

**China * Shanghai (Head Office+Ocean Freight+Sales)**
DHL Global Forwarding (China) Co., Ltd
14FLR, Orient International Finance Plaza.
No. 318 South Zhongshan Road
200010, Shanghai
People's Republic of China



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

4 (20)

Tel: +86 21 2306 8000
Fax: +86 21 2320 1502

**China * Shanghai Pudong Apt (Air Freight)**
DHL Global Forwarding (China) Co., Ltd. Shanghai Branch
No.529 Hai Tian Yi Road, Pudong Intl Airport ,201202 Shanghai, P.R.
Tel. +86-21-6835 9866
Fax+86-21-6835 9820/9821

**China * Shenyang**
DHL Global Forwarding (China) Co., Ltd. ShenYang Branch
Room 1206, Tower 2, City Plaza
No.206 Nanjing North Street, Heping District,
Shenyang, 110001 P.R.China
Tel: 86 24 2334 1521
Fax: 86 24 2334 1542

**China * Shenzhen**
DHL Global Forwarding (China) Co., Ltd.  ShenZhen Branch
7F PRD BUILDING. NO12 SHIHUA ROAD
Futian Free Trade Zone,
Shenzhen, 518038,
GuangDong Province,
P.R. China
Tel: +86 (755) 2218 2222
Fax: +86 (755) 2547 6600

**China * Suzhou**
DHL Global Forwarding (China) Co., Ltd. SuZhou Branch
23f, Sovereign Building
No.8 Suhua Road, Industrial Park
Suzhou, 215021 P.R.China
Tel.  +86-512-62882800
Fax +86-512-62882900

**China * Tianjin**
DHL Global Forwarding (China) Co., LTD. TianJin Branch
Rm201, No 1, The 2nd Street
Tianjin Airport, Tianjin 300300
Tel. +86-22-8319 5080
Fax +86-22-8319 5076

**China * Taiyuan**
DHL Global Forwarding (China) Co., Ltd. TaiYuan Branch
Room 430, Jinguang Building
No 38 ShuangTa West Road
TaiYuan, YinZe District
030012, P.R.China
TEL: 86 351 7925141
FAX: 863517925143

**China * Urumqi**
DHL Global Forwarding (China) Co., Ltd. Urumqi Branch
Unit 313, 3/F.Airport Group Center
No.46 Ying Bin Road,
Urumqi,830011,
Xinjiang, P.R.C
Tel: +86 991 2836 136
Fax: +86 991 3805 170

**China * WenZhou**
DHL Global Forwarding (China) Co., Ltd. WenZhou Branch
Room C, 10/F ZhongTong Mansion
No 311 XinChengDaDao Road
325000, WenZhou, P.R.CHINA
TEL: +86 577 8997 1398
FAX: +86 21 6196 5603

**China * Wuhan**
DHL Global Forwarding (China) Co., Ltd. Wuhan Branch
Room 2912, Tower1, New World Trade Tower
No.568 Jianshe Avenue, Jianghan District
Hankou Wuhan 430015,
P.R. China
Tel: +86 27 85448772/85267720
Fax: +86 27 85267740/85267805

**China * Wuxi**
DHL Global Forwarding (China) Co., Ltd. WuXi Branch
Unit 1105, Lihu Mansion
No 168 Lihu Road
214122, Wuxi, P.R.China
Tel: +86 510 8522 3095
Fax: +86 510 8522 3783

**China * Xiamen**
DHL Global Forwarding (China) Co., Ltd. XiaMen Branch
Unit F & G, Floor 29, International Plaza
No.8 Lujiang Road
361001, Xiamen, P.R.China
Tel. +592   8120263
Fax +592 8120208

**China * Xian**
DHL Global Forwarding (China) Co., Ltd. Xi'an Branch
Unit E, 25 Floor, Laosanjie Millennium Star Mansion,
No.88,Western Section of South 2nd Ring Road,Xi'an China
Tel: +86 29 88360510
Fax: +86 29 88360496

**China * Xuzhou**
DHL Global Forwarding (China) Co., Ltd. XuZhou Branch
Room 1315-1317, Fanya Building
No. 93 Pengcheng Road
Xuzhou, 221003, P.R.China
Tel: 86-516-8360 7523
Fax: 86-21-2320 1683

**China * Yantai**
DHL Global Forwarding (China) Co., Ltd. YanTai Branch
Room 1215, Sanshui Mansion,
No. 75 Bei Ma Road,
Yantai 264000
P.R.CHINA
Tel: +86 535 666 9020
Fax: +86 535 666 9019

**China * ZhengZhou**
DHL Global Forwarding (China) Co., Ltd. Zhengzhou Branch
Room 109, Mansion A, Runhua Business Garden
No 24 Jinshui Road, Jinshui District
450012, Zhengzhou, P.R.China
Tel: +86 371 5562 3800
Fax: +86 371 5562 3802

**China * Zhongshan**
DHL Global Forwarding (China) Co., Ltd.  Zhongshan Branch
Room 509, North Tower, Holiday Plaza, No.6 Xingzhong Road,
Zhongshan 528403,
GuangDong Province,
P.R. China
Tel:  +86 (760) 8836 1600
Fax: +86 (760) 8836 1604

**China * Zhuhai**
DHL Global Forwarding (China) Co., Ltd.  Zhuhai Branch
Room 2212, Yue Cai Building,
No.188 Jingshan Road, Jida Zhuhai 519015,
Guangdong, China
Tel: +86-756-3808998
Fax:+86-756-3808995

**Colombia * Bogotá**
DHL Global Forwarding (Colombia) Ltda
Avenida Calle 26 No. 85B-09
Bogota
Tel. +57-1-4292 900
Fax +57-1-4292 964

**Congo * Brazzaville**
DHL Global Forwrading Congo C/O Dhl International Congo Sarl
Avenue Foch, Immeuble Bcc

Case 5:12-cv-02810-CLS   Document 8-1   Filed 11/14/12   Page 5 of 20



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents                                                                                    5 (20)

---

Bp 616, Brazzaville
Tel: +242-81-23.27
Tel/Fax : +242-81-01.03
Office e-mail: dgfcsv.cg@dhl.com

**Congo * Kinshasa**
DHL International Congo Sprl
Avenue De La Science, 46
Commune De La Gombe
Kinshasa / Drc
Tel: +243 81 715 0304

**Congo *  Pointe Noire**
DHL GLOBAL FORWARDING CONGO
6, BOULEVARD DE LOANGO
BP 648 POINTE-NOIRE
Office e-mail: dgfcsv.cg@dhl.com

**Costa Rica * San Jose**
DHL (Costa Rica) Sociedad Anònima.
Urbanizacion Tourmon
Contiguo a Banco Bisca
Edificio Cormar
Tel. + 506-257 6969 336/362/
Fax  + 506-257 2998

**Croatia**
DHL International D.O.O
DHL Global Forwarding
contact R. Beusch, Danzas Buchs
Tel. +41-81-75 51 315
Fax +41-81-75 51 402

**Czech Republic * Ostrava**
DHL Logistics (Czech Republic) s.r.o.
Danzas Air & Ocean
Intl. Airport Ostrawa / OSR
74251 Mosnov, Czech Republic
Tel. +420-597 471 183
Fax +420-597 471 184

**Czech Republic * Praha**
DHL Logistics (Czech Republic) s.r.o.
Veronské n´m. 403
CS-109 00 Praha 15 – H. Mécholupy
Tel. +420-2201 1325 7
Fax +420-2201 1457 4

**Czech Republic * Praha (Air Freight)**
DHL Logistics (Czech Republic) s.r.o.
DHL Danzas Air & Ocean
Aviatická 12/1048, Airport Ruzyne
CS-160 08 Praha 6
Tel. +420-2-221012

**Czech Republic * Praha (Ocean )**
DHL Logistics (Czech Republic) s.r.o.
Pod Visnovkou 25/1661,CS-140 00 Praha 4-krc
Tel. +420-2-4746 804
Fax +420-2-4746 811

**Denmark * Aalborg**
DHL Global Forwarding Denmark A/S
Mineralvej 29 A
DK-9220 Aalborg
Tel. +45 3690 5200
Fax +45 3690 5250

**Denmark * Copenhagen**
DHL Global Forwarding Denmark A/S
Kirstinehoj 42
DK-2770 Kastrup
Tel. +45 3690 5500
Fax +45 3252 8501

**Denmark * Odense**
DHL Global Forwarding (Denmark) A/S
Agerhatten 27A, Indg. 3
DK-5220 Odense SO
Denmark

**Ecuador * Quito-Guayaquil**
DHL Danzas Air & Ocean (Ecuador) S.A.
Avenida De Las Americas Y Eugenio Almazan, Edificio Mecanos, Planta Baja
Tel. +593-42 282036
Fax +593-42 282036

**Ecuador * Quito**
DHL Global Forwarding (Ecuador) S.A.
Antonio Navarro N32-66 y FCO. Andrade Marin
Quito, Ecuador
Tel. +593-42 282036
Fax +593-42 282036

**Egypt * Alexandria**
DHL Global Forwarding
19, El Pharaana Street
Alexandria
Tel. +20-3-4873603
Fax +20-3-4788981

**Egypt * Cairo (Head Office)**
DHL Global Forwarding
36, Delivrande Street
Heliopolis, Cairo 11341
Tel. +20-2-2907 838/39-44
Fax+20-2-2910 616

**Egypt * Cairo**
DHL Global Forwarding
Cargo Village, Exporters Bldg
Cairo Intl Airport
Tel. +20-2-4141 871/2/3
Fax +20-2-4172 527

**Estonia * Tallinn**
DHL Estonia AS
Kesk-Sõjamäe 10 A

EE-11415 Tallinn Estonia
Tel. +372-6-652 555
Fax +372-6-652 566

**Fiji * Nadi**
DHL Global Forwarding (Fiji) Pty Ltd, Office 113 AFL Cargo BLDG
P.O. BOX 10157, Nadi Airport
Tel. +679 6 720 538
Fax +679 6 720 484

**France * Bordeaux (Air Freight)**
DHL Global Forwarding  (France)SAS
Cidex B 17, Aérogare de fret
33700 Mérignac Aéroport
Tel. +33-5-5613 8484
Fax +33-5-5613 8489

**France * Lille (Air Freight)**
DHL Global Forwarding  (France)SAS,
Aérogare de fret
59817 Lesquin
Tel. +33-3-2087 4455
Fax +33-3-2087 4450

**France * Lyon (Air Freight)**
DHL Global Forwarding  (France)SAS,
Airport de Lyon St. Exupery  Cargoport
69125 Lyon St Exupery
Tel. +33-4-72483434
Fax +33-4-72483415

**France * Marseille (Air Freight)**
DHL Global Forwarding  (France)SAS,
Aéroport de Marseille Provence
Aérogare de fret no 3
13728 Marignane Aéroport
Tel. +33-4-42467211
Fax +33-4-42467220

**France * Mulhouse (Air Freight)**
DHL Global Forwarding  (France)SAS,
Aéroport de Bâle/Mulhouse
Halle de fret , 68221 Hegenheim Cedex
Tel. +33-3-8990 2220
Fax +33-3-8990 2222

**France * Nantes**
DHL Global Forwarding  (France)SAS,
Aéroport de Nantes Atlantique Aérogare de fret
44860 Saint Aignan de Grand-lieu
Tel. +33-2-5170 8050
Fax +33-2-5170 8049

**France * Nice (Air Freight)**
DHL Global Forwarding  (France)SAS,
Aéroport de Nice Côte d'Azur Aérogare de fret
06281 Nice Cedex 3
Tel. +33-4-9321 4555



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents                                                                                          6 (20)

---

Fax +33-4-9321 4081

**France * Paris (Air Freight)**
DHL Global Forwarding  (France)SAS
14, Rue De La Belle Borne
Sogaris 6-Fret-5-Aeroport CDG
93290 Tremblay En France
Tel. +33-1-4975 1912
Fax +33-1-4975 1903

**France * Strasbourg (Air Freight)**
DHL Global Forwarding  (France)SAS
Zone D'Activite Ouest
Batiment Saint Exupery, Entzheim
67842 Tanneries Cedex
Tel. +33-3-88599270
Fax +33-3-88689854

**France * Toulouse (Air Freight)**
DHL Global Forwarding  (France)SAS
Aéroport de Blagnac, Aérogare de fret
31703 Blagnac
Tel. +33-5-6116 4100
Fax +33-5-6130 0126

**Gabon * Libreville**
DHL International Gabon S.A.
Rue Victor Schoelche
BP 6113 LIBREVILLE
Tel : 241 – 721270
Fax 241 - 746885

**Germany * Aachen (AFR)**
DHL Global Forwarding GmbH
De-Gasperi-Strasse, 52146 Würselen
Tel. +49-2405-630
Fax +49-2405-63457

**Germany * Berlin (AFR)**
DHL Global Forwarding GmbH GmbH,
Flughafen Tegel,
Frachtgebäude, Raum H 103
13405 Berlin
Tel. +49-30-4100 03-30/ -40
Fax +49-30-4100 03-33

**Germany * Bremen**
DHL Global Forwarding GmbH
Flughafenallee 15, D-28199 Bremen
Tel. +49-421-3041-0
Fax +49-421-3041-250

**Germany * Dortmund (AFR)**
DHL Global Forwarding GmbH
Haus Busch Nr. 4
58099 Hagen
Tel. +49-2331-694 200
Fax +49-2331-6942 227

**Germany * Düsseldorf  (AFR)**
DHL Global Forwarding GmbH
Gothaerstrasse 20
40880 Ratingen
Tel. +49-2102 4806-0
Fax +49-2102 4806-350

**Germany*Dresden**
DHL Global Forwarding GmbH
Building 133.02
Wilhelmine-Reichard-Ring 3
01109 Dresden
Germany
Tel: +49 (0) 0351 881 4300
Fax: +49 (0) 0351 881 4302

**Germany * Frankfurt (Head Office)**
DHL Global Forwarding GmbH
Airport Frankfurt, CCS Building 573
60549 Frankfurt
Tel. +49-69 1301-6
Fax +49-69 1301-799

**Germany * Freiburg (AFR)**
DHL Global Forwarding GmbH
Breisgauallee 10
79336 Herbolzheim
Tel. +49-7643/9323-10
Fax +49-7643/9323-59

**Germany * Friedrichshafen (AFR)**
DHL Global Forwarding GmbH
Flughafen Loewenthal Geb. 84
88046 Friedrichshafen
Tel. +49-7541-9219-0
Fax +49-7541-9219-59

**Germany * Hagen (AFR)**
DHL Global Forwarding GmbH
Haus Busch 4
58099 Hagen
Tel. +49-2331-694 200
Fax +49-2331-6942 227

**Germany * Hamburg (AFR)**
DHL Global Forwarding GmbH
Obenhauptstr. 9
22115 Hamburg
Tel. +49-40 50023321
Fax +49-40 50023329

**Germany * Hannover (AFR)**
DHL Global Forwarding GmbH
Grovestrasse 14-18
30853 Langenhagen
Tel. +49-511-973 97-0
Fax +49-511-973 97-90

**Germany * Leipzig (AFR)**
DHL Global Forwarding GmbH
Flughafen leipzig –Halle
Industriestrasse 56
04435 Schkeuditz
Tel.  +49-3412242530/2531
Fax  +49-3412242532

**Germany * Mannheim (AFR)**
DHL Global Forwarding GmbH
Rhenaniastrasse 68-70
68199 Mannheim
Tel. +49-621-8442-0
Fax +49-621-8442 197

**Germany * München (AFR)**
DHL Global Forwarding GmbH
Südallee, Frachtgebäude Modul F
4th Floor
85356 München -Airport
Tel. +49-89-97594000
Fax +49-89-97594006

**Germany * Nürnberg (AFR)**
DHL Global Forwarding GmbH
Flughafenstasse 86
 90411 Nuernberg
Tel. +49-911-935566
Fax +49-911-9355677

**Germany * Paderborn (AFR)**
DHL Global Forwarding GmbH
Flughafen Paderborn/Lippstadt
Halle 2
33142 Bueren-Ahden
Tel. +49-2955-7444-0
Fax +49-2955-7444 47

**Germany * Saarbrücken (AFR)**
DHL Global Forwarding GmbH
Dudweilerlandstrasse
66123 Saarbrücken
Tel. +49-681-9372-110
Fax +49-681-9372 190

**Germany * Stuttgart (AFR)**
DHL Global Forwarding GmbH
Kraichgaustrasse 6
73765 Neuhausen a.d.f
Tel. +49-7158 9034 0
Fax +49-7158 9034 139

**Ghana * Accra**
DHL Global Forwarding
53, Patrice Lumumba Road
Airport Res. Area
Accra,
GHANA
Tel: +23321742444 or 21766156-7
Fax: +2332176161 or 021774798

**Greece * Athens (Air Freight)**
DHL Global Forwarding Hellas A.E.
building no 27, 3rd floor, office 508
5th km Spata-Loutsa Ave 190 19 Spata, Athens
Tel.  +30-210-354 2001
Fax  +30-210-354 2301



## DHL Global Forwarding

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

**Greece * Athens (Ocean Freight)**
DHL Global Forwarding Hellas A.E.
Hadjikiriakou Ave 15/17
Pyraeus 185 35
Tel.  +30-210-453 1176
Fax  +30-210-453 1491

**Greece * Thessaloniki**
DHL Global Forwarding Hellas A.E.
DHL Global Fiorwarding
51 Politechniou Str
54625 Thessalokini
Tel.   +30-2310 556001
Fax +30-2310 556003

**Guatemala * Guatemala City**
DHL Global Forwarding (Guatemala),
Sociedad Anonima
46 Calle 24-30, Zona 12 Ciudad de Guatemala
Tel. +502-2470 0999
Fax +502-2477 5753

**Guinea * Conakry**
DHL International Guinée
Immeuble Mamou, Avenue du Port. Ex
Cite du Chemin de Fer
Kaloum -Comakry
Tel.  +224-412755
Fax  +224-412753

**Haiti * Port-au-Prince**
DHL International Haiti SA
17 Angles Route Aeroport
Et Rue Jean Gilles Port-au-Prince
Tel. +509-250 9400
Fax +509-250 9410

**Honduras * San Pedro Sula**
DHL (Honduras) S.A DE C.V
Km 7 Carret. Al aeropuerto
Complejo Calpules Bodega 5
San Pedro Sula
Tel. + 504-559-8855
Fax + 502-559 6587

**Hong Kong * Hong Kong**
DHL Global Forwarding (Hong Kong)
L25, Tower 1, Kowloon Commerce Centre
51 Kwai Cheong Road
Kwai Chung, New Territories
Hong Kong
Main Switch Tel: +852 2218-6888
Main Fax: +852 2218-6388

**Hungary (AFR/OFR)**
DHL Global Forwarding Hungary Ltd.
Lorinci út 59.2220, Vecsés, Hungary
Tel: +36 29 556000
Fax: +36 29 556 029

**Iceland * Reykjavik**
DHL Iceland
Skútuvogur 1E
104 Reykjavik, Iceland
Tel. (354) 535-1100
Fax (354) 535-1111

**India * Bangalore**
DHL Danzas Lemuir Private Limited
No 38, SNS Arcade
Airport Road, halkonena Agrahara
Vimanpura Post, Bangalore 560017
Tel. +91-80-5222249 / 2212
Fax +91-80-5224002

**India * Chennai (Air Freight)**
DHL Lemuir Logistics Private Limited
C/O DHL Express India Pvt Ltd
1St floor, Courier Terminal
OLD INTERNATIONAL AIRPORT
Meenambakkam
Chennai 600 027
Tel: +91 44 22569400
Fax: +91 44 22569494

**India * Chennai (Ocean Freight)**
DHL Danzas Lemuir Private Limited
Lemuir House
125, G.N. Chetty Road
T. Nagar, Chennai 600017
Tel.+91 44 28269604
Fax+91 44 28269209

**India * Coimbatore**
DHL LEMUIR LOGISTICS PVT.LTD
C/o: DHL Express India Pvt. Ltd
731 B & C, Avinashi Road
Near to "G.D.Naidu Hall"
Coimbatore - 641 018
India
Tel: +91 422 4393335 / +91 422 2222095
Fax: +91 422 2221118

**India Delhi (Air Freight)**
DHL Danzas Lemuir Private Limited
E-9, Cannought place, New Delhi
-110001
Tel. +91 11 26553899
Fax +91 11 25654009

**India Delhi (Ocean Freight)**
DHL Lemuir Logistics Pvt. Ltd.,
C/O CMA-CGM LOGISTICS PARK
DADRI PVT. LTD. (CCLP, Dadri)
Tilpata Road, Gautam Buddh Nagar,
Greater Noida UP 201 311
Tel: + 91 124 4518827
Fax: +91 124 4518850.

**LCL  (OPS) Destination Terminal at Delhi**
DHL Lemuir Logistics P Ltd
219 A , Concor Building,
Container Corporation of India.
New Delhi
India
 Tel: +91 11 26364051
Fax: +91 11 26362050

**India Kolkata (formely Calcutta)**
DHL Danzas Lemuir Private Ltd
26, Shakespeare Sarani
Kolkatta – 700 017
Tel. +91 33 22474326
Fax+91 33 2240 0369

**India * Mumbai (Head Office)**
DHL Danzas Lemuir Private Ltd
602 Prime Corporate Park
Sahar Road
Andheri (East) Mumbai 400 059
Tel. +0091 22 66786868
Fax +0091 22 66786820

**Indonesia * Balikpapan**
DHL Global Forwarding Balikpapan
Balikpapan Super Block
Jl. Jendral Sudirman,
Block F NO. 27
Balikpapan 76114
Indonesia
Tel: +62 0542 7020084

**Indonesia * Jakarta (Head Office)**
DHL Global Forwarding
Indonesia (Limited Company) Indonesia,
Soewarna Business Park
Blok A – Lot 8
Soekarno-Hatta International Airport
RI-Jakarta 19110
Tel. +62-21-5591 3161/62
Fax +62 21 5591 2927/28 (Airfreight)
Fax +62 21 5591 3158-/59 (Seafreight)

**Indonesia * Surabaya**
DHL Global Forwarding
Indonesia (Limited Company)
Saranaperkasa
Komplek Ruko Permata Juanda
West Wing Superlok # A 9-10
Jl. Raya Juanda, Surabaya 62154
Tel. +62-31-866 6535
Fax +62-31-866 7824

**Iraq * Basra**  (Head Office)
Air & Ocean General Transport
Forwarding & Customs Clearance
(DHL Global Forwarding Iraq)
Street # 301, Building #8
Mnawi Basha



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

8 (20)

Tel. +9647706415757

**Iraq * Um-Qaser** (Ocean Freight only)
Air & Ocean General Transport
Forwarding & Customs Clearance
 (DHL Global Forwarding Iraq)
Um-Qaser Port North Terminal
Building #1
Office #5
Tel. +9647706415757

**Iraq * Baghdad**
Air & Ocean General Transport
Forwarding & Customs Clearance
(DHL Global Forwarding Iraq)
Baghdad International Airport
Cargo Village
Starlight Airline Office
Tel. +9647902170960

**Ireland * Cork**
DHL Global Forwarding (Ireland) Ltd
Unit 3021 Euro Business Park
Little Island
Cork
Republic of Ireland
Tel. +353-21-4355300
Fax +353-21-4355307

**Ireland * Dublin (Air/Ocean )**
DHL Global Forwarding (Ireland) Ltd
Furry   Park , Santry, Dublin 9
Tel. +353-1-8161 000
Fax +353-1-8161 094

**Ireland * Shannon (Air/Ocean)**
DHL Global Forwarding (Ireland) Ltd
Beech Park, Smithstown
Shannon, Co. Clare
Tel. +353-61-365 500
Fax +353-61-365 510

**Italy * Bergamo**
DHL Global Forwarding (Italy) S.p.A.
Via Cascina Portichetto 1
24052 Azzano S. Paolo- Bergamo
Tel.+0039-035 2056621
Fax+0039-035 2056610

**Italy * Bologna**
DHL Global Forwarding (Italy) S.p.A.
Înterporto –Blocco 6/2
40010 Bologna
Tel.+39-051 665801
Fax+39-051 6658180

**Italy * Campogalliano**
DHL Global Forwarding (Italy) S.p.A.
Piazzale delle Nazioni, 92
41011 Campogalliano (MO)
Tel. +39 059 852911
Fax +39 059 852946

**Italy * Firenze**
DHL Global Forwarding (Italy) S.p.A..
Via Provinciale Lucchese 181/7
50199 Sesto Fiorentino (Firenze) I
Tel.+39-055 23861
Fax+39-055 341051

**Italy * Gatteo**
DHL Global Forwarding (Italy) S.p.A.
Via Erbosa, 3/A
47030 Gatteo (FO)
Tel. +39 0541 804611
Fax. +39 0541 804154

**Italy * Milano**
DHL Global Forwarding (Italy) S.p.A.
via Marconi, 6
20060 Liscate -MI-ITALY
Tel. +39 02 95252 1
Fax +39 02 95252407

**Italy * Napoli**
DHL Global Forwarding (Italy) S.p.A.
Via San Salvatore 32
80026 Casoria (Napoli) I
Tel. +39-081 7720 111
Fax  +39-081 7720 223

**Italy * Roma**
DHL Global Forwarding (Italy) S.p.A.
Interporto Roma-Fiumicino
Via Corona Boreale snc
00054 Fiumicino (RM)
Italy
Tel: +39 06 6504 311
Fax +39 06 6504 7383

**Italy * Torino**
DHL Global Forwarding (Italy) S.p.A.
Strada del Francese 152/8
10156 Torino
Tel. +39-011-4518411
Fax  +39-011-4518445

**Italy * Vicenza**
DHL Global Forwarding (Italy) S.p.A.
Via Divisione Folgore, 44
36100 Vizenza (VI) Italy
Tel.  +39-0444 933811
Fax  +39-0444 933890

**Japan * Fukuoka**
DHL Global Forwarding Japan K.K
No. 409 Fukuoka Airport Int'l Cargo
Bldg. 535  Oaza-Kamiusui, Hakata-ku
Fukuoka 812-0005 Japan
Tel : 092-473-5461
Fax: 092-473-5463

**Japan*Haneda**

DHL Global Forwarding Japan K.K. - Haneda Airport office
Room 210 A,
No 1 Intl Cargo Bldg,
2-6-3 Haneda-kuko, Ohta-ku,
Tokyo 144-0041
Japan
Tel: 81 3 5708 7921
Fax: 81 3 5708 7945

**Japan * Kyoto**
DHL Global Forwarding Japan K.K.
Kyoto Branch
8F West Tower, Arbanex Oike Bldg.
358 Umeya machi, Nakagyo-ku,
Kyoto 604-8186
Japan.
Tel: +81 (0) 75 222 8765
Fax: +81 (0) 75 212 3890

**Japan * Nagoya**
DHL Global Forwarding Japan K.K.
Nagoya Branch
Room 602 Ie-Marunouchi Building
1-15-20 Marunouchi Naka-ku
Nagoya-shi Aichi
460-0002
Japan
Tel. +81-52-222 7461
Fax +81-52-222 7460

**Japan * Osaka**
DHL Global Forwarding Japan K.K
Osaka Branch
Ueyama Bldg. 4F  1-3, Minami-Senba 2-chome, Chuo-ku, Osaka 542-0081
Tel.: +81-6-6271-1017 (OFR)
Tel.: +81-6-6271-1018 (AFR)
Fax +81-6-6271-1152

**Japan * Tokyo-Narita (AFR/APT)**
DHL Global Forwarding Japan K.K.
Narita Cargo Center
2313-4 Iwayama, Shibayama-Machi
Sanbu-Gun, Chiba 289-1608
Tel. +81-479-78 6311
Fax +81- 479-78 6310

**Japan * Tokyo- (HeadOffice,/Ocean)**
DHL Global Forwarding Japan K.K
Riverside Sumida Central Tower 12F
1-19-9 Tsutsumi-dori
Sumida-ku Tokyo 131-0034
Tel. +81-3-5632 8218
Fax +81-3-5632 8219

**Jordan * Amman**
DHL Danzas Air & Ocean Jordan
PO Box 910603,
Peace Bldg.-Jabal Lweibdeh
11191 Amman Jordan
Tel. +962-6-462 1808



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

9 (20)

Fax +962-6-465 2842

**Kazakhstan *Almaty**
DHL Logistics (Kazakhstan) LLP
Manasa Street 32A
050008 Almaty, Kazakhstan
Tel. +7 327 311 2432
Fax +7 327 311 2433

**Kenya * Nairobi**
DHL Global forwarding Kenya Ltd
P.O. Box 67577
00200 NAIROBI
Tel : 254 20 6925800
Fax . 254 20 536673

**Korea *Incheon**
DGF Korea Incheon Cargo Center (ICC)
124, 295 Beon-gil.
Gonghangdong-ro Jung-gu
Incheon
Korea South 40-717
Tel. +82 32 744 0113

**Korea * Pusan**
DHL Global Forwarding (Korea) Ltd
Suite 103, Kyeonbo Building
74-1, 4-ka, Choongang-dong,
Chung-ku, Pusan Korea South 600-014
Tel. +82-51-603 1500
Fax +82-51-442 5343/4 (Ocean)
      +82-51-464 2993 (Air)

**Korea * Seoul  (Head Office)**
DHL Global Forwarding (Korea) Ltd
12th floor, Irae Bldg
2 Yangpyeong-dong 4-ga
Yeongdeungpo-gu,
Seoul. Sout Korea
150-967
Tel. +82-2-2600-5500
Fax +82-2-2690-4296

**Kuwait * Kuwait**
DHL Global Forwarding Co. WLL
PO Box 2358 Safat
13024 Kuwait
Tel: +965 243 46300
Fax: +965 243 46335

**Latvia * Riga**
DHL Latvia  SIA
Plienciema Street 35,
Marupe, Marupe Region,
LV-2167, Latvia
Tel. +371-7-207 314
Fax +371-7-207 714

**Lebanon * Beirut (Head Office)**
DHL Global Forwarding S.A.L.
P.O.BOX 175772

490 Harbor Drive
Saifi - Beirut (Lebanon)
Tel. +961-1 564 789
Fax +961-1 564 793

**Lesotho, Maseru**
DHL Lesotho (Pty) Ltd
1st Floor, Options Building
Pioneer Road, Maseru, Lesotho
Tel. +266 22 311082
Fax +266 22 310405

**Lithuania * Vilnius**
DHL Lietuva UAB
Dariaus Ir Gireno 40
LT-02189 Vilnius, Lithuania
Tel. +370-5-2360752
Fax +370-5-2167711

**Luxembourgh * Luxembourgh**
DHL Global Forwarding (Luxembourgh) SA
Room F 2036-F2039 Cargo Centre
1360 Luxembourg Airport
Tel. +352-34640 9450
Fax +352-34640 9457

**Madagascar*Antananarivo**
DHL International (Madagascar) SARL
Lot II J181 F Bis, Ivandry
Antananarivo, Republic of Madagascar
Tel. +261-2022 63783
Fax  +261-2022 63819

**Malaysia * Butterworth**
DHL Global Forwarding (Malaysia) Sdn Bhd
Suite 1A, Level 12A,NB Tower
5050 Jalan Bagan Luar
12000 Butterworth, Penang
Tel. +60-04-331 1785/1623
Fax +60-04-324 3096

**Malaysia * HQ**
DHL Global Forwarding (Malaysia) Sdn Bhd
No. 2, Jalan PPU 1
Batu 12 ½, Off Jalan Puchong
Taman Perindustrian Puchong
Utama, 47100 Puchong
Selangor Darul Ehsan
Tel. +60-03-8064 3888
Fax +60-03-8064 3990

**Malaysia * Ipoh**
DHL Global Forwarding (Malaysia) Sdn Bhd
72 Persiaran Silibin Utara
Jalan Jelapang
30020 Ipoh, Perak
Tel. +60-05-527 8346

Fax +60-05-527 8352

**Malaysia * Johor Bahru**
DHL Global Forwarding (Malaysia) Sdn Bhd
Suite 18-01, Level 18
Menara Sarawak
No.5, Jalan Bukit Meldrum
80300 Johor Bahru, Johor
Tel. +60-7-227 6633
Fax +60-7-227 4475/76

**Malaysia * Kuala Lumpur**
DHL Global Forwarding (Malaysia) Sdn Bhd
Level 27 Menara TM
Off Jalan Pantai Baharu
50672 Kuala Lumpur
Tel. +03-22418000
Fax +03-22412858

**Malaysia * Kuching**
DHL Global Forwarding (Malaysia) Sdn Bhd
2nd Flr, Lot 1326 & 1327, Section 66,
KTLD Jalan Utama,
93450 Kuching, Sarawak
Tel. +60-82-339 992
Fax +60-82-331 112

**Malaysia * Melaka**
DHL Global Forwarding (Malaysia) Sdn Bhd
239, Ground Floor
Taman Melaka Raya
75000 Melaka
Tel. +60-6-282 5591
Fax +60-6-284 4584

**Malaysia * Penang**
DHL Global Forwarding (Malaysia) Sdn Bhd
Plot 66, Non Free Trade Zone
Bayan Lepas Industrial Estate
11900 Bayan Lepas Penang
Tel. +60-4-643 2301
Fax +60-4-643 7770/642 7254
Fax +60-4-644 4488

**Malaysia * Port Klang**
DHL Global Forwarding (Malaysia) Sdn Bhd
Lot 2-6 & 2-7, 2nd Floor
Amcorp Logistics Centre
No.1, Jalan Gerudi
Off Jalan Pelabuhan Utara,
Port Klang,42000 Port Klang,
Tel.  +60-3-3165 6633
Fax  +60-3-3165 9988/3165 9898

**Mauritania * Nouakchott**
DHL International (Mauritania)Ltd



**DHL Global Forwarding**

Tewragh-Zeina-Ilot-A 652
Avenue Charles de Gaulle
PO Box 1996 Nouakchott
Tel.+ 222-525 4706
Fax  +222-525 5694

**Martinique * Fort de France**
DZ France /Pompiere S.A.
Z.I. La Jambette
BP 90
97256 Port de France
Tel. +596-505 161
Fax +596-500 802

**Mauritius * Port Louis (AFR)**
DHL (Mauritius) Ltd
Freight Forwarding Center
Plaine Magnien
Mauritius
Tel. +230-637 7221
Fax +230 637 7046

**Mauritius * Port Louis (OFR)**
DHL (Mauritius) Ltd
Cnr.Mgr.Gonin & Sir Virgile Naz
Streets, P.O.1077 – Port Louis
Mauritius
Tel. +230-208 7967
Fax +230-213 4046

**Mexico * México (Head Office)**
DHL Global Forwarding
(Mexico)S.A.de c.v
Asistencia Publica 596
Col. Federal
15700 Mexico, D.F
Tel. +52-55 5133 1700
Fax +52-55 5133 1701

**Mongolia**
DHL International (Mongolia) Ltd
DHL House, Peace Ave, 15-A
Tel. +32-2-752 0480
Fax +32-2-752 0481

**Mozambigue * Maputo**
DHL Global Forwarding
Ave 25 De Setembro
1622 Maputo
Tel. +258-21 307290
Fax +258-21 306698

**Namibia * Windhoek**
DHL Global Forwarding
Cnr Kelvin & Dalton Street
Souhern Industrial Area
Windhoek, Namibia
Tel. +264-61 223161
Fax +264-61-236614

**Netherlands * Amsterdam (Air)**
DHL Global Forwarding

Prestwickweg 1
1118 ZG Schiphol Airport
Tel. +31-20-3169000
 Fax +31-20-3169568 (Export)

**Netherlands * Rotterdam (Ocean )**
DHL Global Forwarding
Ridderhaven 5, 2984 BT
P.O.Box 4111 , 2984 GC Ridderkerk
Tel. +31-180-485 888
Fax +31-180-485 855

**Netherlands (The) * Rotterdam**
DHL Global Forwarding
Kiotoweg 160, 3047 BG Rotterdam
3004 GA Rotterdam
Tel. +31-10 4885588
Fax +31-10 4376551

**New Zealand * Auckland**
DHL Global Forwarding
(New Zealand) Ltd
PO Box 73107
8 Verissimo Drive
Westney Industry Park
Mangere
Auckland 2022,
New Zealand
Main Tel: +64 9 977 4777

**New Zealand * Christchurch**
DHL Global Forwarding
(New Zealand) Ltd
Cnr Ron Guthrie & Bolt Drive
P.O.Box 14033 Christchurch Airport
Tel. +64-3-940 4044
Fax +64-3-940 4045

**New Zealand * Napier**
DHL Global Forwarding
(New Zealand) Ltd
Unit 4, 105 Ford Road, Onekawa
P.O.Box 1011, Napier
Tel. +64-6-833 7562
Fax +64-6-833 5619

**New Zealand*Palmerston North**
DHL Global Forwarding
(New Zealand) Ltd
15  Bennett Street. Palmerston North
Tel. +64 6 355 3366
Fax +64 6 353 3900

**New Zealand * Wellington**
DHL Global Forwarding
(New Zealand) Ltd
Cnr Stewart Duff & Freight Drives
Wellington Airport
Tel. +64-4-924 9444
Fax +64-4-924 9445

**Nigeria * Ikeja, Lagos**
DHL International Nigeria Ltd.
Oregun Business Park
2, Billingsway
Oregun, Ikeja, Lagos
Tel. +234 803 5350871
Fax+234 1 4931094

**Norway Oslo  (Head Office)**
DHL Global Forwarding
Henrik Ibsens vei,
P.O. Box C,
NO - 2061 Gardermoen
Tel. +47-64-82 1550
Fax +47-64-82 1555

**Pakistan*Karachi**
DHL Global Forwarding Pakistan (Pvt.) Ltd
187/1/E, Block 2, PECHS.,
Shahrah-e-Qaideen,
Karachi-75400
Pakistan
Tel. +92 21 4315041-5
Fax. +92 21 4315046 – 4533300

**Pakistan*Lahore**
DHL Global Forwarding
Exel Pakistan Pvt Ltd
3-Canal Park, Gulberg II,
Lahore
Tel. +92 42 587 2765 – 72
Fax. +92 42 575 4461-62

**Pakistan*Islamabad**
DHL Global Forwarding
Exel Pakistan Pvt Ltd
H # 189, St # 10, Chaklala Scheme III
Rawalpindi Cantt, Pakistan
Tel. +92 51 5952844-45
Fax. +92 51 5952846

**Pakistan*Sialkot**
DHL Global Forwarding
Exel Pakistan Pvt Ltd
Shaukat Heights
Shahab Road, Sialkot
Tel. +92 52 3555704
Fax. +92 52 3563759

**Panama*Panama City**
DHL Global Forwarding Panama, S.A.
Centro Comercial Bel Air
Office 6 and 7, Via Ricardo J Alfaro
Panama City
Tel. +507-271 3400
Fax +507-271 3485

**Papua New Guin. * Port Moresby**
DHL Global Forwarding (Papua New Guinea) PTY Ltd
PO Box 3883



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

11 (20)

Aircorps Road, Lae, Morobe Province
Tel. +675-472 4377
Fax +675-472 7097

**Peru  Lima (Air Freight)**
DHL Global Forwarding Peru S.A.
Victor Maurtua, 153 San Isidro
Lima 27
Tel. +51-1-4401 936/ 4217 225
Fax +51-1- 4409 893

**Peru  Lima (Air and Ocean Freight)**
DHL Global Forwarding Peru S.A.
Centro Aéreo Comercial
Ofic. 111 Av. Elmer Faucett s/n Callao
Tel.+51-1-5741 330
Fax +51-1-5743 197

**Philippines * Manila**
DHL Global Forwarding (Phils.) Inc
8/F Star Cruises Center
100 Andrews Avenue, Newport
Cybertourism Zone, Pasay City
Philippines 1309
Tel: +63-2-902-3-DHL (345)
Fax: +63-2-902-7600

**Poland * Lodz (Ocean Freight)**
DHL Global Forwarding Sp. z o.o.
Ul Dostawcza 17
93-231 Lodz
Poland

**Poland * Piaseczno (Ocean Freight)**
DHL Global Forwarding SP. Z O.O.
Ul.Jana Pawla II 66
05-500 PIASECZNO
Tel.+48-22-703 7500
Fax+48-22-606 8502

**Poland * Warszawa (Air Freight)**
DHL Global Forwarding SP. Z O.O
Air Cargo Terminal
UL. Wirazowa 35
02-158 Warszawa
Tel. +48-22-606 8105
Fax +48-22-606 6105

**Portugal * Lisboa**
DHL Global Forwarding Portugal LDA
Aeroporto De Lisboa, Edificio 124
2 – Gab 1A
1700-008 Lisboa
Tel. +351-21-8438930
Fax +351-21-8485759

**Portugal * Porto**
DHL Global Forwarding Portugal, Lda.
Rua do Barreiro, 300,
Crestins

4470-573 Moreira Maia
Tel. +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 645
Fax. +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 644

**Puerto Rico*San Juan**
DHL Global Forwarding
Calle 4 Ruedas
Lote 2-5B
Sabana Garden Industrial Park
Carolina, 00987, Puerto Rico
Tel: +1 787 769 5151
Fax: +1 787 750 3570

**Qatar*Doha**
DHL Global Forwarding
P.O. Box 22466,
Abdullah Al-Kawari Bldg Ground Floor,
Office No 1
C-Ring Road, Al Muntazah
Doha, Qatar
Tel .+974 4410595
or +974 4364938
Fax. +974 4328599

**Réunion**
DHL Global Forwarding
5, rue Velasquez
97420 Le Port
Ile de la Reunion
Tel. + 262 (0) 2 62 43 27 00
Fax + 262 (0) 2 62 43 22 39

**Romania *  Bucharest**
DHL Logistics SRL
Aurel Vlaicu 9, room 25
Otopeni, Judetul Ilfov
Henri Coanda-Bucuresti Intl Airport
Tel. +40 21 322 0215
Fax +40 21 308 3083

**Russia * Moscow**
DHL Logistics LLC
DHL Freight
Ul. Leningradskaya, vladenie 39,
stroenie 5,
141400 Khimki, Moscow region
Russia
Tel. +7-495-933 22 00
Fax +7-495-933 22 02

**Russia * Nizhniy Novgorod**
ZAO DHL International Marchala
Kazakova Str. 3
603167 Nizhniy Novgorod
Tel. +7-8312-431546
Fax +7-8312-431564

**Russia * St. Petersburg**
OOO DHL Logistics
DHL Global Forwarding
10 Serpukhovskaya Str
190013 St.Petersburg, Russia

Tel. +7-812-346 7410
Fax +7-812-346 7413

**Senegal * Dakar**
DHL Global Forwarding SA
BP: 16840 Dakar
KM 3,5 Boulevard du Centenaire
de la Commune de Dakar
SENEGAL
Tel.  +221 33 859 09 00/33 859 08 08
Fax. +221 33 832 66 67

**Singapore * Singapore (OFR)**
DHL Global Forwarding (Singapore) Pte Ltd
No1 Changi South Street 2
DHL Distribution Centre
Singapore 486760
Tel. +65427668
Fax+ 65428316

**Singapore * Singapore (AFR)**
DHL Global Forwarding (Singapore) Pte Ltd, Airfreight Division
81 ALPS Avenue
Singapore 498803
Tel. +65-6318-6388
Fax  +65-6543-3059

**Slovakia * Bratislava**
DHL Logistics (Slovakia) s.r.o
Letisko M.R. Stefanika 65
SK-820 01 Bratislava 21
Tel. +421 2 43426651 (Air)
Fax +421 2 43427864 (Air)
Tel. +421 2 43426649 (Ocean)
Fax +421 2 43427864 (Ocean)

**South Africa * Cape Town**
DHL Global Forwarding SA (PTY) Ltd
Unit 1, Gateway Park
Munich Street, Airport Industria II
Cape Town International Airport 7525
Republic of South Africa
Tel. +27-21 380 3800
Fax  +27-21 380 3802/3

**South Africa * Durban**
DHL Global Forwarding SA (PTY) Ltd
20 Ebonyfield Avenue
Springfield Park, Durban
Kwa-Zulu Natal 4051
Tel. +27-31- 576 5200
Fax +27-31- 576 5230 (Air)
Fax +27 31-576 5227 (Ocean)

**South Africa * Johannesburg**
DHL Global Forwarding SA (PTY) Ltd
10 Patrick Road
Jet Park, Boksburg 1459
Tel. +27-11-928 0400
Fax +27-11-928 0401



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

12 (20)

**Spain * Alicante**
DHL Global Forwarding Spain, S.L.U.
Elche Parque Industrial C/ Marie Curie, 24 – 2izq
E-03320 Torrellano – Elche (Alicante)
Tel. +34 96 665 10 30 (Air)
Fax +34 96 665 10 25

**Spain * Barcelona**
DHL Global Forwarding Spain, S.L.U.
Puerto Autónomo de Barcelona
(Zona Franca) Zona de Actividades
Logísticas (Z.A.L.) c/Antartic, 12-20
08040 Barcelona
Tel. +34-932 982 800
Fax +34-932 232 023

**Spain * Las Palmas**
DHL Global Forwarding Spain, S.L.U.
Polígono Industrial El Goro
Josefina Mayor, s/n
35219 Ctra. General del Sur Km. 17,5
Las Palmas de Gran Canaria
Tel. +34-92-870 0160
Fax+34-92-870 0612

**Spain * Madrid (Airport)**
DHL Global Forwarding Spain, S.L.U.
Centro de Carga Aérea, Parcela 2.3
Aeropuerto de Madrid – Barajas
28042 Madrid
Tel. +34 91 312 0300
Fax +34 91 312 0329

**Spain * Santa Cruz de Tenerife**
DHL Global Forwarding Spain, S.L.U.
Polígono Ind. Los Majuelos
Avda. Rambla de la Libertad, s/n
Autopista Santa Cruz-La Laguna
38108 Taco (Santa Cruz de Tenerife)
Tel. +34-92-231 0641
Fax +34-92-231 0576

**Spain * Sevilla**
DHL Global Forwarding Spain, S.L.U.
Aeropuerto de Sevilla
Terminal de carga, 41020 – Sevilla
Tel. + 34 95 499 84 90
Fax  +34 95 444 91 90

**Spain * Valencia**
DHL Global Forwarding Spain, S.L.U.
Avenida de Espioca-Via
Augusta, 64
E-46460 Silla (Valencia)
Tel. +34-96 121 92 00
Fax +34-96 120 30 01

**Spain * Zaragoza**
DHL Global Forwarding Spain, S.L.U.
Plataforma Logistica de Zaragoza
(PLAZA) Bursao 8
50197 Zaragoza
Tel. +34 97 6288313
Fax +34-97 6288311

**Swaziland (Air Freight)**
DHL Swaziland (Pty) Ltd
Shop 7, Karlyn Centre, Coopers Lane
Mbabane, Swaziland, H100
Tel. +268 40 45829/30/31
Fax +268 40 45440

**Sweden * Gothenburg (air)**
DHL Global Forwarding (Sweden) AB
P.O.Box 24072
Molndalsvagen 30B
SE-400 22 Gothenburg, Sweden
Tel. +46-0771-400 400
Fax  +46-31-941 210

**Sweden * Gothenburg (Ocean)**
DHL Global Forwarding (Sweden) AB
P.O.Box 12131
Fiskhamnsgatan 8 D
402 42 Gothenburg
Tel. +31 799 4250
Fax +31 142472

**Sweden * Jönköping-Axamo**
DHL Global Forwarding (Sweden) AB
Jönköping Airport
555 93 Jönköping
Tel. +46-0771-400 400
Fax +46-36-311 618

**Sweden * Malmö**
DHL Global Forwarding (Sweden) AB
P.O.Box 16036
Cederströmsgatan  4, 200 25 Malmö
Tel. +46-0771-400 400
Fax +46-40-182 217

**Sweden * Norrköping**
DHL Global Forwarding (Sweden) AB
P.O.Box 153, Kommendantvägen
601 02 Norrköping
Tel. +46-0771-400 400
Fax +46-11-104 065

**Sweden * Stockholm**
DHL Global Forwarding (Sweden) AB
Söderbyvägen 3
190 45 Stockholm-Arlanda
Tel. +46-(771)-400 400
Fax +46-8-5936 0600

**Sweden * Sundsvall**
DHL Global Forwarding (Sweden) AB
P.O.Box 153
Midlanda Airport, 860 30 Sörberga
Tel. +46-0771-400 400
Fax +46-60-579 415

**Sweden * Värnamo**
DHL Global Forwarding (Sweden) AB
P.O.Box 324
Torpavägen 2, 331 23 Värnamo
Tel. +46-0771-400 400
Fax +46-370-400 77

**Sweden * Örebro**
DHL Global Forwarding (Sweden) AB
P.O.Box 1343
701 13 Örebro
Tel. +46-0771-400 400

**Switzerland * Basel (Air Freight)**
DHL Logistics (Switzerland) LTD
4030 Basel-Flughafen
Tel. +41-61-3253 201
Fax +41-61-3253 259

**Switzerland * Basel  (Ocean Freight)**
DHL Logistics (Switzerland) LTD
St. Jakobs-Strasse 222
PO 2664, 4002 Basel
Tel. +41-61 315 9191
Fax +41-61-313 9235

**Switzerland * Genève Airport**
DHL Logistics (Switzerland) LTD
Cargo Building, P.O.Box 1090
CH-1211 Geneva 5 Airport
Tel. +41-22-929 8511
Fax +41-22-929 8580

**Switzerland * St. Gallen**
DHL Logistics (Switzerland)Ltd
Altwinkelnstr 23
9015 St.Gallen
Switzerland

**Switzerland * Zürich Airport**
DHL Logistics (Switzerland) LTD
Fracht West, 8058 Zürich Airport
Tel. +41-1-829 5252
Fax +41-1-829 5600

**Taiwan * Kaohsiung**
DHL Global Forwarding (Singapore) Pte LTD, Taiwan Branch
Room-B, 16th Floor, Leaders Centre
No. 29, Hai Pien Road Kaohsiung 802
Tel. +886-7-336 6922
Fax +886-7-330 0610

**Taiwan * Taipei (Air / Ocean)**
DHL Global Forwarding (Singapore) Pte LTD
9-12 Fl, 120
Jian Guo N. Road 104,Taipei



## DHL Global Forwarding

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

13 (20)

---

Tel. +886-2-2502 9999
Fax+886-2-2501 8285 (AirExport)
Fax+886-2-2501 8316 (OceanExport)

**Thailand * Bangkok**
DHL Global Forwarding (Thailand) Ltd.
175, Sathorn City Tower, Floor 7/1 and 8/1 South Sathorn Road, Kwang Thungmahamek
Khet Sathorn, Bangkok 10120
Tel.: 66 2 345 5111
Fax 66 2 285 5509-10

**Turkey Antalya**
DHL Global Forwarding Tasımacılık A.S
Yesilbahce mah. Metinkasapoğlu cad
Haci Kezban Sitesi Kat:4 no:186/ 6 A Blok.
Antalya
Turkey
Tel: +90 242 311 53 03
Fax: +90 242 311 53 32

**Turkey Adana**
DHL Global Forwarding Tasimacilik A.S
Resatbey Mah. Ataturk Cad.
Gen Is Merkezi
No: 22 Kat: 3 Daire:9
Adana
Tel: +90 322 453 9111
Fax: +90 322 453 8102

**Turkey Istanbul**
DHL Global Forwarding Tasimacilik A.S.
Huzurevler Mevkii Merkez Mah.
Fatih Cad. 1.Sk. No. 37
34303 B. Halkali, Istanbul
Turkey
Tel. +90-212-692 50 50
Fax +90-212 697 3744 (Ocean)
Fax +90-212 696 1136 (Air)

**Uganda * Entebbe/Kampala**
DHL International Uganda , S.A.R.L
DHL House, Plot 18 Clement Hill Road,
KAMPALA
Tel : 256 - 31210006
Fax . 256 - 41256236

**Ukraine * Kiev**
Danzas Kiev Ltd.
6, Gaidara Str
01033 Kiev
Tel. +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 046
Fax +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 045

**Ukraine * Odessa**
DHL LOGISTICS (UKRAINE)
11 Polskiy Spusk

65026 Odessa
Ukraine
TEL: +380 48 7341134 ,7341133

**United Arab Emirates * Abu Dhabi**
Danzas Abu Dhabi LLC
P.O.Box 27066
Abu Dhabi
Tel. +971-2-4452 788
Fax  +971-2-4463 702

**United Arab Emirates * Dubai**
**(Air Freight)**
Danzas AEI Inco Emirates LLC
Dubai Cargo Village
P.O. Box 2623
Dubai Cargo Village
Tel. +971-4-2995 222
Fax +971-4-2995 244

**United Arab Emirates * Dubai (OFR)**
Danzas AEI Inco Emirates LLC
P.O. Box 2623
Dubai Airport Freezone
Tel. +971-4-2995 222

**United Kingdom * Aberdeen**
DHL Global Forwarding (UK) Ltd
Industrial Projects Division
Unit 2, Howemoss Drive
Kirkhill Industrial Estate
Dyce, Aberdeen AB21 OGL
Tel.  +44-012 2421 4161
Fax +44-012 2421 4171

**United Kingdom * Belfast**
DHL Global Forwarding (UK) Ltd
Unit 2, The Old Mill Business Park
Seven Mile Straight
Muckamore Co. Antrim BT41 4QE
Tel.  +44 (0) 2894 464478
Fax +44 (0) 2894 464428

**United Kingdom * Birmingham**
DHL Global Forwarding (UK) Ltd
Marston Green International Square
Starley Way, Birmingham B37 7HB
Tel.  +44 (0) 121 767 6000
Fax +44 (0) 121 767 6006 (AFR)
Fax +44 (0) 121 767 6005 (OFR)

**United Kingdom * Bristol**
DHL Global Forwarding
Units 1 & 2
Avon Riverside Estate
Victoria Road
Avonmouth
Bristol
BS11 9DB
Tel: +44 117 916 3200

Fax: +44 117 923 5400

**United Kingdom * Coventry**
DHL Global Forwarding (UK) Ltd
Goodrem and Nicholson
International Square Export House,
Rowley Road
Starley Way Coventry CV3 4FR
Birmingham b37 7hb
Tel. 44-121-767 6000
Fax 44-121-782 4151

**United Kingdom * Crawley (AFR)**
DHL Global Forwarding (UK) Ltd
Newton Road
Crawley, West Sussex, RH10 2FZ
Tel.   +44-1293-532 291
Fax  +44- 1293-561 372

**United Kingdom * Derby (AFR)**
DHL Global Forwarding (UK) Ltd
Unit 12, Argosy Road, East Midlands Airport, Castle Donington Derby,
Derbyshire, DE74 2SA
Tel. +44-1332-812 828
Fax  +44-1332-812 658

**United Kingdom * Derby**
**(Air Express Hub)**
DHL Global Forwarding (UK) Ltd
Unit 1
Argosy Road, East Midlands Airport
Castle Donington
Derby, Derbyshire DE74 2SA
Tel. +44-1332-810 031
Fax  +44-1332-850 854

**United Kingdom * Glasgow (AFR)**
DHL Global Forwarding (UK) Ltd
Glasgow Airport, 2 Campsie Drive
Abbotsinch, Glasgow PA3 2SG
Tel.  +0141 303 4800
Fax +0141 303 4820

**United Kingdom * Glasgow**
**(Ocean Freight)**
DHL Global Forwarding (UK) Ltd
1st Floor, North Extension
3 Mirren Court
123 Renfrew Road
Paisley PA3 4EF
Tel. +0141 848 7681
Fax +0141 842 1531

**United Kingdom * Leeds**
DHL Global Forwarding (UK) Limited
Unit G2
Gildersome Spur
Leeds
LS27 7JZ
United Kingdom



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

14 (20)

---

Switchboard: +44 (0) 1132 012680
Fax: +44 (0)1132 012696

**United Kingdom * Letchworth
(Air Freight)**
DHL Global Forwarding (UK) Ltd
Unit 13, Such Close
Letchworth Garden City
Hertfordshire, SG6 1JF
Tel. +44-1462-481 333
Fax +44-1462-481 205

**United Kingdom * Liverpool
(Ocean Freight)**
DHL Global Forwarding (UK) Ltd
7th Floor Corn Exchange Building
Fenwick Street, Liverpool L2 7RB
Tel. +44-(0)-151 236 7970
Fax +44-(0)-151 236 7403

**United Kingdom * London LON**
DHL Global Forwarding (UK) Ltd
2nd Floor, Flagship House
Kent
Crossways Business Park
Dartford, DA2 6QD
Tel. +44-1322-620 900
Fax +44-1322-620 906

**United Kingdom * London LON
(Air Freight)**
DHL Global Forwarding (UK) Ltd
Danzas House, Kestrel Way
Dawley Park
Hayes, Middlesex, UB3 1HJ
Tel. +44 (0) 208 754 5000
Fax +44 (0) 208 754 5110

**United Kingdom * Manchester**
DHL Global Forwarding (UK) Limited
Princemead Place
Mosley Road
Trafford Park
Manchester
M17 1 QA
United Kingdom
Tel: +44 (0) 161 868 3330

**United Kingdom * Newcastle**
DHL Global Forwarding (UK) Ltd
Airport Freightway Freight Village
Newcastle Airport
Newcastle Upon Tyne NE13 8BH
Tel. +44-191 271 8100
Fax +44-191 271 8110

**United Kingdom * Preston
(Air Freight)**
DHL Global Forwarding (UK) Ltd
Unit 93, Clydesdale Place
Moss Side Industrial Estate
Leyland

Preston, Lancashire PR26 7QS
Tel. +44-1772-459 585
Fax +44-1772-459 316

**United Kingdom * Southampton
(Air Freight)**
DHL Global Forwarding (UK) Ltd
Danzas House, Kestrel Way
Dawley Park, Hayes
Middx. UB3 1HJ United Kingdom
Tel. +44-020 8754 5300
Fax +44-020 8754 5006

**United Kingdom * Staines**
DHL Global Forwarding (UK) Ltd
Century House, 100 Church Street
Staines, Middlesex* TW18 4DQ
Tel. +44-1784-871 111
Fax +44-1784-871 158

**USA * Anchorage**
DHL Global Forwarding
4041 W. International Airport Rd.
Anchorage, AK 99502
Tel. +1-907-243-4301
Fax +1-907-243-5905

**USA * Atlanta (Air/Ocean Freight)**
DHL Global Forwarding
2500-A Sullivan Road
College Park, Atlanta, GA 30337-6204
Tel. +1-404 942 0600
Fax +1-404 942 0603 (Air export)
       +1-404 942 0605 (Ocean export)

**USA * Baltimore**
DHL Global Forwarding
1901 Park 100 Drive
Suite 200
Glen Burnie, MD 21061
Tel.+1 410-4244362
Fax. +1 410-590-6925

**USA * Boston**
DHL Global Forwarding
500 Rutherford Avenue
Charlestown, MA 02129
Tel. +1-617-242 2222
Fax +1-617-241 0897 (Export)
Fax +1-617-241 5081 (Ocean)

**USA * Charleston(Ocean Freight)**
DHL Global Forwarding
7240 Cross Park Drive
North Charleston, SC 29418
Tel. +1-843-760 2400
Fax +1-843-760 3450

**USA * Charlotte**
DHL Global Forwarding
4925 Sirona Drive, Suite 300
Charlotte, NC 28273

Tel. +1-704-587 6036
Fax+1-704-587 6048 (Air export)
Fax+1-704-583 2564(AFR/OFR Imp)

**USA * Chicago**
DHL Global Forwarding
10601A Seymour Ave.
Franklin Park, IL 60131
Tel. +1-847-233-7900
Fax +1-847-233-5195

**USA * Chicago(Ocean Freight)**
DHL Global Forwarding
10601A Seymour Ave.
Franklin Park, IL 60131
Tel. +1-847-233-7900
Fax +1-847-233-5195 (export)
       +1-847-233-5199 (import)

**USA * Cincinnati**
DHL Global Forwarding
1825 Airport Exchange Boulevard
Building J, Suite 200
Erlanger, KY 41018
Tel. +1-859-371-5867
Fax +1-859-371-5869

**USA * Cleveland (Air, Ocean)**
DHL Global Forwarding
21500 Aerospace Parkway
Cleveland, OH 44142
Tel. +1-440-243-5900
Fax +1-440-826-0515

**USA * Dallas (Air Freight)**
DHL Global Forwarding
753 Portamerica Place, Suite 102
Grapevine, TX 76051
Tel. +1-817-481-5777
Fax +1-817-488-1108

**USA * Darien (Head Office)**
DHL Global Forwarding
P.O Box 1231
120 Tokeneke Road
Darien, Connecticut 06820
Tel. +1-203-655-7900
Fax +1-203-655-5734

**USA * Denver**
DHL Global Forwarding
14309 East 35th Place
Suite 105, Aurora, CO 80011
Tel. +1-303-575-7515
Fax +1-303-375-1315

**USA * Detroit**
DHL Global Forwarding
11400 Metro Airport Center Dr.
Suite 100, Romulus, MI 48174
Tel. +1-734-955-6100
Fax+1-734-955-6108

**DHL Global Forwarding**



Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents                                                                                                              15 (20)

**USA * El Paso**
DHL Global Forwarding
8470 Gran Vista, El Paso, TX 79907
Tel. +1-915-595 5483
Fax +1-915-591 5092

**USA * Fairbanks**
DHL Global Forwarding
5200 Airport Industrial Road
Fairbanks, AK 99709
Tel. +1-907-474-4950
Fax +1-907-474-0155

**USA * Grand Rapids**
DHL Global Forwarding
4717 Broadmoor SE, Suite F
Grand Rapid, MI 49512
Tel. +1-616-698 2954
Fax +1-616-698 2361

**USA * Greensboro**
DHL Global Forwarding
488 Gallimore Dairy Rd-Ste F
Greensboro, NC 27409
Tel. +1-336-668 3327
Fax +1-336-668 2971

**USA * Greenville/ Spartanburg**
DHL Global Forwarding
150 C West Philips Road
Greer, SC 29650
Tel. +1-864-877-5811
Fax +1-864-877-5702

**USA * Harrisburg**
DHL Global Forwarding
2711 Turnpike Industrial Drive
Middletown, PA 17057
Tel. +1-717-939 1100
Fax +1-717-939 1377 (Exp/Imp/OFR)

**USA * Honolulu**
DHL Global Forwarding
4510 Salt Lake Blvd, Unit D-8
Honolulu, HI 96818
United States of America
Tel: +1 808 833 2505
Fax: +1 808 834 7834

**USA * Houston  (Air/Ocean Freight)**
DHL Global Forwarding
19120 Kenswick Dr.
Humble, TX 77338
Tel. +1 (281) 964-2500 (Main)
Fax : +1 (281) 964-2624 (Admin)
Fax : +1 (281) 964-2627 (Ops Forwarding)
Fax : +1 (281) 964-2684 (Ops Project Cargo

**USA * Indianapolis (Air/Ocean )**
DHL Global Forwarding
3902 Hanna Cricle, Suite G
Indianapolis, IN 46241
Tel. +1-317-821-2420
Fax +1-317-821-2433 (Export)
Fax +1-317-821-2435 (Import)

**USA * Kansas City**
DHL Global Forwarding
636 NW Platte Valley Drive,
Building A3
Riveside, MO 64150
Tel.  +1-816-741 0506
Fax +1-816-741 9133

**USA * Laredo**
DHL Global Forwarding
302 Grand Central Blvd
Milo Distribution Center
Laredo, Texas  78045
Tel. +001-956- 725 0791
Fax +001-956-725 0891

**USA * Los Angeles**
DHL Global Forwarding
4000 Redondo Beach Avenue
Suite 103, Redondo Beach, CA 90278
Tel. +310-297-4401
Fax  +310-297-4440

**USA * Memphis**
DHL Global Forwarding
4569 Distriplex Dr. W
Memphis, TN 38118
Tel. +1-901 365 3835
Fax +1-901 362 8077

**USA * Miami (Air Freight)**
DHL Global Forwarding
6703 NW 7 Street
Miami, FL 33126-6007
Tel. 011-01-305-262-6300
Fax  011-01-305-261-5411

**USA * Miami (Ocean Freight)**
DHL Global Forwarding
10205 N.W. 19th street, Suite 101
Miami, FL 33172
Tel. 011-01-305-591 8740
Fax  011-01-305-591 3463

**USA * Milwaukee**
DHL Global Forwarding
6120 Ace Industrial Drive
Cudahy, WI 53110
Tel. +1-414-768 8800 (Air)
Fax +1-414-768 8807 (Air)
Tel. +1-414-768 0146 (Ocean)
Fax +1-414-768 9906 (Ocean)

**USA * Minneapolis**
DHL Global Forwarding
940 Apollo Road
Eagan, MN 55121
Tel. +1-651-994-4988
Fax  +1-651-675-2510(Air export)
Fax  +1-651-675-2550(Import)

**USA * Moline**
DHL Global Forwarding
3100 69th Ave Suite 2
Moline, IL 61265
Tel. +1-309-799 8648
Fax +1-309-799 8657

**USA * Nashville**
DHL Global Forwarding
1508 Elm Hill Pike
Suite 104 A
Nashville TN 37210 USA
Tel. +1-615-361-7171
Fax  +1-615-399-8536

**USA * Newark (Air Freight)**
DHL Global Forwarding
855 Woodruff Lane
Elizabeth NJ 07201
Tel. +1-908-558-2800
Fax  +1-908-558-2814

**USA * Newark (Ocean Freight)**
DHL Global Forwarding
Ocean Services
33 Washington Street– 16th Floor
Newark, New Jersey 07201
Tel. +1-973-639-1989
Fax  +1-973-848-4630

**USA * New Orleans**
DHL Global Forwarding
120 Mallard Street, Suite 180
St. Rose, LA 70087
Tel. +1-504-466-4014
Fax +1-504-466-4888

**USA * New York - JFK(Air Freight)**
DHL Global Forwarding
Building 89
JFK International Airport
Jamaica, New York 11430
Tel. +1-718-244-3000
Fax  +1-718-244-3085

**USA * New York (Ocean Freight)**
DHL Global Forwarding
Ocean Services
33 Washington Street – 16th Floor
Newark, New Jersey 07102
Tel. +1-973-639-1989
Fax  +1-973-848-4630



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents                                                                                                 16 (20)

---

**USA * Norfolk (Ocean Freight)**
DHL Global Forwarding
5425 Robin Hood Road, Ste 220
Norfolk Commerce Center 1111
Norfolk, VA 23513
Tel. +1-757-857 0021
Fax +1-757-857 1525 (Exp.)
Fax +1-757-857 1537 (Imp.)

**USA * Oklahoma City (Air Freight)**
DHL Global Forwarding
2801 S. Purdue S. Suite B
Oklahoma City, OK 73128
Tel. +1-405-685 2293
Fax +1-405-685 2296

**USA * Omaha**
DHL Global Forwarding
2502 North 11th Street
Omaha, NE 68110
Tel. +1-402-342 3131
Fax +1-402-342 3276

**USA * Orlando**
DHL Global Forwarding
8810 Boggy Creek Rd. Suite 600
Orlando, Florida 32824
Tel. +1-407-851 7520
Fax +1-407-851 7405

**USA * Otay Mesa**
DHL Global Forwarding – Otay Mesa
9543 Heinrich Hertz Drive, Building B, Suite 7
San Diego, CA 92154
Tel: +1 619 661 8057
Fax: +1 619 661 8036

**USA * Peoria**
DHL Global Forwarding
207 Main Street, Suite 200
Peoria, IL 61602
Tel. +1-309-637 1744
Fax +1-309-673 4133

**USA * Philadelphia**
DHL Global Forwarding
850 Calcon Hook Road
Alexander Court, Bay 11-16
Sharon Hill, PA 19079
Tel. +1-610-534-7800 (Air/ocean exp)
Fax +1-610-534-7880 (Air/ocean exp)

**USA * Pittsburgh**
DHL Global Forwarding
Pittsburgh Industrial Park,
R.D. 5,Bldg 5 Spring Run Road
Extension Coraopolis, Pennsylvania 15108
Tel. +1-724-457 1905
Fax +1-724-457 1952

**USA * Phoenix**
DHL Global Forwarding
4555 E. Elwood St., Suite 111
Phoenix, AZ 85040
Tel. +1-480-517-0030
Fax +1-480-517-0681 (Import)
Fax +1-480-517-0860 (Export/Ocean)

**USA * Plantation**
DHL Global Forwarding
1200 S. Pine Island Rd.
PO Box 189006
Plantation, FL 33318
Tel. +1 954 626 4220
Fax +1 954 626 4313

**USA * Portland(Air Freight)**
DHL Global Forwarding
15509 NE Airport Way
Portland, OR 97230
Tel. +1-503-256-0620
Fax +1-503-256-0647

**USA * Portland(Ocean Freight)**
DHL Global Forwarding
Summit NE Cameron Blvd
Portland, OR 97230
Tel. +1-503-258-5039
Fax +1-503-256-0647

**USA * Raleigh / Durham**
DHL Global Forwarding
9230 Globe Center Drive #100
Morrisville, NC 27560
Tel. +1-919-572 9168
Fax +1-919-572 6631

**USA * Raleigh / Durham
(Charleston Ocean Freight)**
DHL Global Forwarding
7240 Cross Park Drive
North Charleston, SC 29418
Tel. +1-843-760 2400
Fax +1-843-760 3450

**USA * Richmond**
DHL Global Forwarding
5639 South Laburnum Avenue
P.O:X 38030
Richmond, VA 23231
Tel. +1-804-222-7866
Fax +1-804-222-5140

**USA * Rochester**
DHL Global Forwarding
44 Jetview Dr.
Rochester, NY 14624-4904
Tel. +1-716-328 2230
Fax +1-716-436 4225

**USA * Salt Lake City
(Air /Ocean Freight)**
DHL Global Forwarding
4464 West 2100 South Suite #2
Salt Lake City, UT 84120
Tel. +1-801-975-9580
Fax +1-801-975-9589

**USA * San Diego**
DHL Global Forwarding
9060 Activity Road
Suite C, San Diego, CA 92126
Tel. +1-858-578-9602
Fax +1-858-578-4104

**USA * San Juan**
DHL Global Forwarding
Lot 5-b (1)
La Ceramica Industrial Park
Carolina, P.R. 00984
Tel. +1-787-769 5151
Fax +1-787-750 3570 (Export)
Fax +1-787-769 8650 (Import)

**USA * San Francisco**
DHL Global Forwarding – San Diego
7345 Mission Gorge Road, Suite G
San Diego, CA 92120
Tel: +1 858 578 9602
New Fax: +1 800 657 6627

**USA * Seattle**
DHL Global Forwarding
1905 Raymond Avenue SW
98057 Renton
Washington
United States of America
Tel: +1 425 981 3500

**USA * Syracuse
(Air/Ocean Freght)**
DHL Global Forwarding
7021 Performance Dr.
No: Syracuse, NY 13212
Tel. +1-315-452-6330
Fax  +1-315-452-6340

**USA * St. Louis (Air/Ocean Freght)**
DHL Global Forwarding
611 Lambert Pointe DR
St. Louis, MO 63042
Tel. +1-314-824 5400
Fax +1-314-824 5405

**USA * Tucson (Air Freight)**
DHL Global Forwarding
2949 E Elvira Road, Suite 191
Tucson, AZ 85706
Tel. +1-520-294 2659
Fax +1-520-889 8403



**DHL Global Forwarding**

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents                                                                                              17 (20)

**USA * Tucson (Phoenix Ocean)**
DHL Global Forwarding
4555 E. Elwood St., Suite 111
Phoenix, AZ 85040
Tel. +1-480-517-0030
Fax +1-480-517-0860

**USA * Washington, D.C.**
DHL Global Forwarding
1905 Raymond Avenue SW
98057 Renton
Washington
United States of America
Tel: +1 425 981 3500

**USA * World Service Center (24 h)**
**Danzas Corporation**
855 South 192nd
Seattle, WA 98148
Tel. +1-800-426-5962

**Venezuela * Caracas**
DHL Global Forwarding Venezuela
Urbanizacion Colinas de La California
entre Av. San Francisco y Palmarito
Edif. Indulac. Dtto. Sucre
Caracas Venezuela
Tel. +58-212-205 02 00
Fax +58-212-202 02 01

**Venezuela * Maracaibo**
DHL Global Forwarding Venezuela C.A.
C.C. Ogaret Shopping Center
Circunvalaición Nro.2, con Calle 98-D
Local 20,Planta Alta, Parroquia Cacicue,
Maracaibo, Estado Zulia
Tel. +58-16-88 58 74
Fax +58-16-88 58 74

**Vietnam * Hanoi**
DHL Global Forwarding
3rd floor INFISCO Building
9 Nguyen Hong Street, Ba Dinh District
Hanoi VIETNAM
Tel.  +84-4-3773-7898
Fax +84-4-3773-7899

**Vietnam * Ho Chi Minh City**
DHL Global Forwarding (Vietnam)
E-Town 2, 11th floor
364 Cong Hoa Street
13 Wsard, Tan Binh District
Ho Chi Minh City
Tel. +84-8-822 6087
Fax +84-8-822 6018

**Zambia  *Lusaka**
DHL International (Zambia) Ltd
First floor, Chester House, Cairo Road
Kachidza Road, Lusaka
Tel. 260 12287804
Fax 260 1286747

**Zimbabwe * Harare**
**(Head Office)**
DHL Global Forwarding
AGS Complex, New Cargo Village,
Harare International Airport
Harare
Zimbabwe
Tel. +263-4575595
Fax +263-4575014



**DHL Global Forwarding**

# Joint Ventures/Agents

**Algeria * Algiers**
DHL International (Algérie) s.a.r.l
07 A, Rue Blaise Pascal
16006 Algiers
Algeria
Phone: +213 21 230101 & 230404
Fax     +213 21 230964 & 239555

**Armenia * Yerevan**
Unitrans International
20 Mashots Ave apt 3
375002 Yerevan, Armenia
Tel.  +374-1-53 94 25 / 6
Fax  +374-1-53 86 41

**Azerbaijan * Baku**
ACE Forwarding Caspian
25, Zargar Palan Street
Baku 370003, Azerbaijan
Tel. +99450 2217306
Fax  +994-12 935 318

**Bangladesh * Dhaka**
Trade Clippers Cargo Ltd
Road17, Banani Commercial Area
29 BTA Tower, 9 th floor
1213 Dhaka
Tel. +8802 882873
Fax +8802 863470

**Barbados * Bridgetown**
DHL Barbados Ltd
Grantley Adams Airport,
Christ Church
Tel. +1-246-418 7800
Fax +1-246-420 7283

**Belize * Belize City**
Eurocaribe Shipping Services Ltd.
P:O.Box 28, 14 Fort Street
Tel.  +501 2278855
Fax +501 2231657

**Benin * Cotonou**
DHL Global Forwarding Benin
Avenue de Lot No 23 Patte D'Oie
032147 COTONOU
Republic of BENIN
P.O.Box 2044
Tel : (229) 30 1085
Fax (229) 30 1770

**Bermuda**
BITS Limited (d/b/a DHL Bermuda)
16 Church Sreet, Hamilton
Bermuda HM11
Tel. +1-441-295 3300
Fax +1-441 295 4636

**Bolivia * La Paz**
Remac Cargo S.R.L.
Ed. Multicentro – Torre B, Piso 5 of 502
Av. Arce, Esq. Rosendo Gutierrez
La Paz Bolivia
Tel. +2 244 2361
Fax +2 244 2386

**Bosnia Herzegovina * Sarajevo**
DHL International d.o.o Sarajevo
Fra Andela Zvizdovica 1
71000 Sarajevo
Tel. +387 33 459 011
Fax +387 33 456 597

**Burundi * Bujumbura**
Air Transit International
Av. De l'Amitie
P.O. Box 960, Bujumbura
Tel. +257 218 989
Fax +257 218 999

**Canada * Nova Scotia**
TL Shipping Services Limited
287 Lacewood Drive, Unit 103, Ste. 419
Halifax, Nova Scotia
Canada B3M 3Y7
Tel:  902.468.1728
Fax: 902.468.1786

**Central Afr. Rep. * Bangui**
DHL Centrafrique S.A.R.L.
CO Bangui Country Office
CF Central African Republic,
Immeuble Socifrance, Avenue
Bartholomy Boganda,
BP 2256 - Bangui –
Tel. 236 -  618394
Fax 236 - 619393

**Congo *  Pointe Noire**
DHL Danzas Air & Ocean c/o DHL
Iinternational Congo SPRL
Avenue Du Marche NO 180
P.O BOX 8115 KIN 1
Commune De La Gombe
Kinghasa DRC
Tel. + 243 88 48 322 / 88 48 403
Fax : + 243 81 301 39 86

**Cook Islands * Raratonga**
Rarotunga Freight Services Ltd
PO Box 158
Ragatonga
Tel. +682-23361-62
Fax +682-21391

**Cuba * Havana**
Laemar
San Pedro 1
Edificio Santo Angel, 1ER Pisco, Plaza Vieja

Tel. +537 3308 43/45
Fax +537 3308 40

**Cyprus * Nicosia**
Danzas Logistics Ltd
11 Florinis Str City Forum
1065 Nicosia
Tel. +357-22 559 000
Fax +357-22 559 111

**Djibuti**
Inchcape Shipping Services et Cie
(Djibuti) S.A.
9-11 Rue De Geneve
DJIBUTI (Republic of Djibuti)
Tel. 00 253 353844
Fax 00 253 353294

**Dominican Republic * Santo Domingo**
Frederic Schad, C Por A.
Jose Cabriel Carcia No. 26
Santo Domingo
Tel. +1-809-221 8000
Fax  +1-809-687 0887

**El Salvador * San Salvador**
Cormar de El Salvador
Calle y Colonia Roma -240
San Salvador
Tel. +503-245 2200
Fax +503-223 0099

**Ethiopia * Addis Ababa**
Panafric Global p.l.c
Churchill Avenue
P.O Box 7408, Addis Ababa H01, K21
Tel. +253 350642
Fax  +254 227270

**Gabon * Libreville**
DHL International Gabon S.A.
Rue Victor Schoelche
BP 6113 Libreville
Tel. +241 721270
Fax +241-746885

**Georgia * Tibilisi**
Georgian Express Ltd
105, Tsereteli Avenue
0119 Tibilisi, Georgia
Tel. +995-32-999 568
Fax +995-3-349303

**Guam * Tumon**
DHL Guam
Airfreight building
Guam International Aiport
P.O.Box 7296, Tamuning,
Guam, 96911
Tel. +671-646 6754
Fax +671-646 9354



## DHL Global Forwarding

Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents                                                                            19 (20)

**Iran * Teheran**
Rahavard International Transport Co
156 Karimkhan-E-
Zand Avenue, 15847 Teheran
Tel. +98-21-8393 21/22
Fax +98-21-8822007

**Israel * Tel Aviv**
FC Flying Cargo
Int'l Transportation Ltd.
4 Hamelacha St.
Northern Industrial Zone
LOD 71520
Tel. +972-8-6220900
Fax +972-8-924 3024

**Ivory Coast * Abidjan (Air Freight)**
DHL Global Forwarding Cote d'Ivoire
International FHB Airport Abidjan
01 BP 2069 Abidjan 01
Cote d'Ivoire

**Ivory Coast * Abidjan (Ocean Freight)**
DHL Global Forwarding Cote d'Ivoire
Boulevard Valerie Giscard d'Estaing
Abidjan, Marcory
01 BP 2069 Abidjan 01
Cote d'Ivoire

**Jamaica * Kingston**
DHL (Jamaica) Limited
19 Haining Road
Kingston 5, Jamaica
Tel. +1-876-920 0010
Fax +1-876-920-9848

**Kyrgyzstan**
Muza Ltd.
107 Kievskaya Str.
Bishkek 720001, Kyrgyzstan
Tel +996 (312) 611116
Fax +996 (312) 210744

**Libya, Tripoli**
Mahri Worldwide Air & Ocean Logistics Services
Fallah Area
Swani Road off Airport road
Tripoli, Libya
Tel. +218-21-4805556/62
Fax  +218-21-4815978

**Macau * Macau**
Notify DHL Danzas Air & Ocean
Hong Kong
Tel. 852 2400 3000
Fax 852 2400 3100

**Macedonia * Skopje**
DHL Freight Macedonia
DHL Express Macedonia Dooel Skopje
Nas. Ilinden m.v. trnica
1041 Skopje
Tel. +389 2 2532 920
Fax  +389 2 2532 994

**Malawi * Blantyre (Head Office)**
DHL Global Forwarding
c/o DHL Express
Chileka International Airport
PO Box 1752, Blantyre
Tel.  265-1-621 295
Fax 265-1-620 631

**Mali * Bamako**
DHL International Mali
Co Bamako Country Office ML Mali
Quartier du fleuve Rue no 146
Rez de Chaussée, BP 936 Bamako Mali
Tel.  +  223  222 67 42
Fax : +  223  222 85 35

**Malta * Malta**
B.A.S. Ltd.
25 Air Cargo House
Ganni Vassallo Street
Luga LQA 02
Malta
Tel.  +356 255 84800
Fax  +356 21 677102

**Mariana Islands * Tumon**
DHL WWE
PO.Box 501087
Saipan 96950-1087
Tel. +1-670/234 7938
Fax  +1 670/234 6123

**Moldova**
Sergiu Plus Nicolae SRL
42, Vlaicu-Parcalab Str.
2012 Kishinev
Republic of Moldova
Tel. +373 2 228002
Fax +373 2 228056

**Mongolia**
DHL International (Mongolia) Ltd
DHL House, Peace Ave, 15-A
Tel. +32-2-752 0480
Fax +32-2-752 0481

**Morocco * Casablanca**
DHL Logistics Morocco
131 Boulevard D'Anfa
Casablanca, Marocco
Tel. +212-2-229 35 69/70
Fax  +212-2-247 58 53

**Myanmar * Yangon**
Myanmar Euro Pac Forwarding Co Ltd
La Pyayt Wun Plaza, Unit 803
No 37 Alan Pya Pagoda Road
Dagon township
Tel. +951-243546
Fax +951-256079

**Myanmar Thailand Bangkok**
Service OFR: Sky Line
89/2 Viphawadee Rangist road
10210 Thailand Bangkok
Tel. +66 2/5338 745/ -750
Fax +66 2/5338 781

**Nepal * Kathmandu**
Swift Air Sea Logistics P.Ltd.
133 Byayam Marg, Bhatbhateni
 P.O.Box: 3886,
Kathmandu
Federal Republic of Nepal
Tel. +977-1-4444055, 4410740
Fax: +977-1-4442252

**Nicaragua * Managua**
DHL Global Forwarding (Nigaragua) S.A.
Edificio U
Camino de oriente, Frente a Antiguo Lobo Jack.
Managua, Nicaragua
Tel. +505-2255 8700
Fax. +505-2255 8659

**Niger * Niamey**
DHL International Niger S.A.R.L.
Immeuble DHL entr Hotel Tenere, et Entrelec 27 Boulevard de la Liberte
BP 10926 NIAMEY
Tel : 227 – 738038
Fax : 227 – 738106

**Oman* Muscat**
DHL Global Forwarding & Co LLC.
P.O. Box 730
Postal code 133
AL KHUWAIR (SULTANATE OF OMAN)
Tel. +  968 – 24605761
Fax + 968 – 24601069

**Palau * Republic of Palau**
Republic Express Agent
POB 497
Koror, Palau 96940
Tel. +680 488 2754
Fax +680 488 1096

**Paraguay * Asuncion**
DHL (Paraguay) SRL
Av. Brasilia 355 c/Av. Espafia
CP 1584, Asunción Paraguay
Tel. +595-21-447701
Fax +595-21-447112

**DHL Global Forwarding**



Pages 1-16 DHL Global Forwarding Network
Pages 17-19 Joint Ventures / Agents

20 (20)

**Rwanda * Kigali**
DHL International Rwanda Ltd
PO Box 359, Avenue de la Justice
Kigali - Rowanda
Tel. +256 77 787 020
Fax +250 503 785

**Saudi Arabia * Dhahran**
Namma Cargo Serv. Co. Ltd.
PO Box 4189
Alkhobar 31952
Tel. +966-3-8952 222
Fax +966-3-8946 888

**Saudi Arabia * Jeddah**
Namma Cargo Serv. Co. Ltd.
PO Box 6867
Jeddah 21452
Tel. +966-2-672 1251
Fax +966-2-674 2799

**Saudi Arabia * Riyadh**
Namma Cargo Serv. Co. Ltd
Olaya Main Road
PO Box 9260, Riyahd 11413
Tel. +966-1-465 4200
Fax +966-1-465 7641

**Senegal * Dakar**
DHL International Senegal.
Rue  Léon Gontran Damas x rue F
Fann Residence
BP 3554 Dakar, Senegal
Tel. 221 8691111
Fax 221 8247344

**Slovenia * Kooper (OFR)**
DHL Logistika d.o.o Brnik Aerodrom
Branch office: Koper
Ankaranska 5a/l. 6000 Koper Slovenia
Tel. +43 316 293 127-2780 (export)
Tel. +386 5 600 9943 (import)
Fax. +43 316 292 806 (export)
Fax. +386 5 600 9945

**Sri Lanka * Colombo**
DHL Global Forwarding Lanka (Pvt) Ltd.
8th Floor, SETMIL Complex,
256, Srimath Ramanathan Mawatha,
Colombo 01500,
Sri Lanka.
Tel: +94 11 7321321
Fax: +94 11 7321258

**St. Martin * Saint Martin**
Air Ocean St. Martin
BP 5199
97071 Saint Martin(Cédex)
Tel. +590 2930 31/30
Fax +590 2930 32

**Sudan * Khartoum**
Kalzac Consolidated Services
Horria Street No 4, 3rd Floor
Al Mubarak (P.O.Box 1121)
Khartoum
Tel. +249-11-763513
Fax  +249-11-781339

**Syrian * Damascus**
Nazha Tarvel, Tourism & Freight
P.O.BOX 2170
Victoria Bridge, Sabbagh Building
Damascus
Tel.+963 11 222 1857
Fax +963 11 224 3933

**Tajikistan**
DHL Tajikistan/ Dunyo LLC
175 Lenin Str.
735700 Khujand, Tadjikistan
Tel.  +992 (3422) 40617
Fax.  +992 (3422) 46478
Call Center: +992 (92)7801111

**Tanzania * Dar es Salaam**
DHL International Tanzania Ltd
Plot 12B, Nyerere Road (Pugu Rd)
P.O.Box 3405
Dar EI Salaam
Tel. +255 22 2861000-4
Fax  +255 22 2862703

**Tchad * Ndjamena**
DHL International Tchad S.A.R.L.
155, Avenue Charles de Gaulle
BP 1212 - Ndjamena
Tel. 235 520050
Fax 235 520053

**Togo * Lome**
DHL International Togo S.A.R.L.
Centre Taba, Kuomore
Ex Ave Gallieni
BP 06 LOME
Tel : 228 – 2216725
Fax  228 - 2217424

**Trinidad * Port of Spain**
DHL of Trinidad
Chanka Trace, El Socorro
San Juan
Trinidad
Tel. +1 868-223 4345
Fax +1 868-638 4192

**Tunis * Tunis**
AACC-Sindbad Group
5, rue IBN ROCHD
BP 585 – 1001 Tunis RP
Tunis
Tel. +216-71-349366
Fax  +216-71-344330

**Turkmenistan**
contact D. Irvin
Tel. +32-2-752 0480
Fax +32-2-752 0481
e-mail:
brudi@aei.be

**Uruguay * Montevideo**
Aero Cargas S.A DHL Global Forwarding
Juan Carlos Comez 1390
11000 Montevideo
Tel. +598-2-915-8696
Fax  +598 2-916-1379

**Uzbekistan*Tashkent**
Transcontinental
Sergeli Airport
Tashkent, Uzbekistan
Tel. +998-711 206 201/6873
Fax +998-712 578 002

**West Samoa * Apia**
Misipita
PO Box 2283
Apia
Tel. +685 20270
Fax +685 20271

**Yemen * Sana'a**
Arab Trading Company Ltd (ATCO)
Danzas – Yemen
Atco Building, Zubeiri Street
P.O. Box 3617
Sana'a
Republic of Yemen
Tel. +967-1-285 540
Fax +967-1-285 538