**Kevin Heard**

---

**From:** Kevin Heard
**Sent:** Monday, November 12, 2012 4:26 PM
**To:** Kevin Heard
**Subject:** FW: Graham Hunter DHL Acknowledgment

**From:** "Graham Hunter (DHL AE)" <Graham.Hunter@dhl.com>
**Date:** April 2, 2012 7:07:10 PM CDT
**To:** Italo White <italo.white@triham.com>, Andrew Kirksey <andrew.kirksey@triham.com>
**Subject: Payments**

Andrew,

As per our discussion today I confirm that we will make a payment of minimum USD 299000 shortly. Payment schedule will be notified in due course. We have a further amount of approx USD 1 million to pay for which I will also advise the payment schedule.

Best Regards
Graham


**Graham Hunter**
Regional Director Industrial Projects & Oil/Energy MENAT
Country Manager Bahrain

DHL Global Forwarding
P.O. Box 47814
Dubai
United Arab Emirates

Switchboard: +971 48104400
Office: +971 48703590 (Direct)
Office Bahrain: +973 17728151
Cell:    +971 566 832 615

graham.hunter@dhl.com
www.dhl.com

1

**Exhibit B**