**Kevin Heard**

| | |
|---|---|
| From: | Kevin Heard |
| Sent: | Wednesday, May 23, 2012 9:22 PM |
| To: | Julian Ranzato (DHL US); 'Thomas Houser'; Graham Hunter (DHL AE) |
| Cc: | 'John Wilhoite'; 'Ed Ori'; 'akirksey@me.com'; 'Vincent Hill'; 'Vogtle, Jesse (JVOGTLE@balch.com)' |
| Subject: | RE: Clarification on Invoice Payment Instructions |
| Attachments: | Complaint.pdf |

Gentlemen:

Be advised that this firm represents Trinetics International Inc. and Tri Ham, LLC. Thank you for your email this evening. I am taking this opportunity to provide you with a copy of the a lawsuit that is being filed to collect the outstanding debt owed by DHL to Tri-Ham and, through it, to Trinetics. I am aware of no inconsistent or different information which contradicts the facts set forth in the suit including the amount owed. In so far as jurisdiction is concerned, I am confident that there is jurisdiction in the United States.

To be clear, this action is not taken with careful consideration. However, given the amount of the debt involved as well as the time lapse and multiple promises of payment which have gone unfulfilled, my clients have no choice but to pursue this action. We remain open to a mutual resolution; however, delay is no longer an option.

Please do not hesitate to contact me if you have questions.
Kevin

Heard Ary, LLC
**Kevin D. Heard**
Attorney at Law

This email transmission (and accompanying documents, if any) may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, distribution or copying, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by return email or telephone.

IRS CIRCULAR 230 DISCLOSURE: Unless explicitly stated to the contrary, this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

EXPORT CONTROLLED DATA: Documents contained herein may contain technical information whose export is governed by the United States Department of State. It is the responsibility of the recipient(s) of this email to ensure that its contents including any attachments are controlled as such to remain in complete compliance with the U.S. Arms Export Control Act, the International Traffic in Arms Regulations, and the Export Administration Act.

**From:** Julian Ranzato (DHL US) [mailto:Julian.Ranzato@dhl.com]
**Sent:** Wednesday, May 23, 2012 8:51 PM
**To:** 'Thomas Houser'; Graham Hunter (DHL AE)

1

**Exhibit D**