**Kevin Heard**

| | |
|---|---|
| **From:** | Kevin Heard |
| **Sent:** | Monday, November 12, 2012 4:30 PM |
| **To:** | Kevin Heard |
| **Subject:** | FW: Inquiry RE DHL--Shelby |

---

**From:** Wolfgang Pordzik [mailto:wolfgang.pordzik@DPDHL-USA.com]
**Sent:** Friday, June 01, 2012 12:30 PM
**To:** Newton, Andrew (Shelby)
**Cc:** Krisshawn Stanley; Roger Libby
**Subject:** Inquiry - Wolfgang Pordzik (DHL)

Dear Andrew,

This is our response to your inquiry of May 29 to Roger Libby.

We have consulted with our colleagues about the matter regarding the alleged "outstanding payments" owed to Tri-Ham (a joint venture between US based Trinetics Inc./Trinetics International Inc. and Saudi based Hamco Arabia). There appears to be an ongoing legal dispute between the joint venture partners Trinetics and Hamco. DHL had contracted with the joint venture Tri-Ham, not with Trinetics Inc. or Hamco Arabia. Settlement of any alleged "outstanding invoices" obviously can only be made in accordance with the contract with Tri-Ham.

DHL has been approached individually by Trinetics for payments as well as Hamco. If DHL were to pay either one of the joint venture partners individually, this would risk a breach of the contract agreement that was signed with the legal entity Tri-Ham. DHL is continuing to seek further clarification from Tri-Ham regarding any alleged outstanding invoices as well as the authorized payment account where any payments should be sent.

Let me assure you that DHL has and will fulfill all contractual obligations, yet we expect clarity, transparency, professional conduct, and most certainly a single point of contact for all payments – just as the initial agreements mandates. Unfortunately, these basic requirements for any business transaction appear to be a challenge.

Hope this is helpful.

Kind regards,
Wolfgang

Wolfgang Pordzik
Exec. VP Corporate Public Policy - DHL
900 17th Street, NW Suite 920 / Washington, DC 20006
Tel: +1 (202) 293-9380
wolfgang.pordzik@DPDHL-USA.com
http://www.dp-dhl.com/en

1

**Exhibit E**