**Kevin Heard**

| | |
|---|---|
| **From:** | Kevin Heard |
| **Sent:** | Thursday, October 18, 2012 7:57 PM |
| **To:** | wolfgang.pordzik@DPDHL-USA.com |
| **Cc:** | Tom Houser (cthouser@comcast.net) (cthouser@comcast.net) |
| **Subject:** | Tri Ham International - DHL contract |
| **Attachments:** | TriHam Letters SIGNED by Members.PDF |

Mr. Pordzik:

Please be advised that this law firm represents Trinetics International as well as the members of the operating board of Tri-Ham LLC. Reference is made to your letter dated June 1, 2012 wherein you indicated that DHL needed a single point of contact regarding its debt to Tri-Ham and that it would fulfill all contractual obligations between DHL and Tri Ham.

Attached is correspondence from Vince Hill on behalf of Hamco and Tom Houser as well as Ed Ori as members of the Operating Board for Tri-Ham, requesting that all future payments from DHL to Tri-Ham be paid to Trinetics Inc. This should clear up any confusion on where payments should be sent by DHL on the Tri Ham account.

Please contact me if you have any questions.


Kevin


Heard Ary, LLC
**Kevin D. Heard**
Attorney at Law

307 Clinton Ave. West
Civic Plaza Suite 310
Huntsville, AL 35801
Phone: 256.535.0817
Fax: 256.535.0818

This email transmission (and accompanying documents, if any) may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, distribution or copying, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by return email or telephone.

IRS CIRCULAR 230 DISCLOSURE: Unless explicitly stated to the contrary, this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the

**Exhibit F**

Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

EXPORT CONTROLLED DATA: Documents contained herein may contain technical information whose export is governed by the United States Department of State. It is the responsibility of the recipient(s) of this email to ensure that its contents including any attachments are controlled as such to remain in complete compliance with the U.S. Arms Export Control Act, the International Traffic in Arms Regulations, and the Export Administration Act.