FILED
2012 Nov-14 PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Darrell Jones

**From:** Jesse Parker <jesse.parker@triham.com>
**Sent:** Monday, January 23, 2012 11:35 AM
**To:** Graham Hunter (DHL AE); Dean Sankey (DHL AE)
**Cc:** Darrell Jones
**Subject:** FW: Thermastone issue

Graham,

As we talked about today.

JP

**From:** Moustafa Elbanhawi (DHL AE) [mailto:Moustafa.Elbanhawi@dhl.com]
**Sent:** Wednesday, January 18, 2012 11:21 PM
**To:** Najeeb Kassab (DHL AE); Darrell Jones; Bryne Savoy; Jesse Parker
**Cc:** Italo White; Mahdi Aftan; Khalid Mawlood; Usam Alyasin (DHL IQ)
**Subject:** RE: Thermastone issue

All,
This is a very serious issue nobody is allowed to spread this info to anyone, DHL Strict orders Nothing to be sent or reported to the client...
We will take it from here... I hope that is clear if the info reaches the client by any means Triham will be held accountable for the Info,.

Najeeb,
We will take this offline,.


Regards,

Moustafa ELBANHAWI
Oil & Energy Operations Manager
EMIL Project Manager

Danzas AEI Emirates LLC.
PO Box 47814,
Jebel Ali Free Zone (South)
Dubai, United Arab Emirates

Phone : +971 4 810 4400
Direct : +971 4 810 3648
Fax   : +971 4 881 7752
Mobile : **+971 56 683 1338**


Email: moustafa.elbanhawi@dhl.com
WebSite : www.dhl-dgf.com


**From:** Najeeb Kassab (DHL AE)
**Sent:** Wednesday, January 18, 2012 10:27 PM

1

**Exhibit G**

**To:** Darrell Jones; Bryne Savoy; Jesse Parker; Moustafa Elbanhawi (DHL AE)
**Cc:** Italo White; Mahdi Aftan; Khalid Mawlood; Usam Alyasin (DHL IQ)
**Subject:** RE: Thermastone issue

Dear All,

I've already informed Mr. Raid of FOD, they will check the issue tomorrow

Regards,

**Najeeb Ch. Kassab**

**General Operations Manager IQ**
**Air and Ocean General Transport Forwarding**
**DHL Global Forwarding (Iraq)**

29 / Villa No. 38/55
Bradeyah
Saiyd Ameen Street
Basrah, Iraq

Mobile (UAE) : +971 50 3430292
Mobile (IQ)   : +964 7809147026

najeeb.kassab@dhl.com
www.dhl.com

---

**From:** Darrell Jones [mailto:darrell.jones@pwghsv.com]
**Sent:** Wednesday, January 18, 2012 10:23 PM
**To:** Bryne Savoy; Jesse Parker; Moustafa Elbanhawi (DHL AE)
**Cc:** Italo White; Mahdi Aftan; Khalid Mawlood; Najeeb Kassab (DHL AE); Usam Alyasin (DHL IQ)
**Subject:** RE: Thermastone issue

Moustafa,
Will DHL notify Fluor and Exxon Mobile / SOC?  After our conversation with Corrie said this morning, I think it would be good business to keep them informed. Thanks

Darrell

**From:** Bryne Savoy [mailto:bryne.savoy@triham.com]
**Sent:** Wednesday, January 18, 2012 12:10 PM
**To:** Jesse Parker; Moustafa.Elbanhawi@dhl.com
**Cc:** Italo White; Mahdi Aftan; Khalid Mawlood; Darrell Jones; Najeeb.Kassab@dhl.com; Usam.Alyasin@dhl.com
**Subject:** Thermastone issue

Please find the attached report to be followed up with a swift resolution


**Thank You,**

**Bryne Savoy**
Quality Control/Assurance Manager
**Tri-Ham LLC**
Basra/Umm Qasr, Iraq
Office phone 011.964.40(780) 386-7214

2